# United States District Court of Connecticut

Luiz A. Casanova, Jr.
    Plaintiff

SCANNED at
and Emailed
10/7/2020 by (initials) . 59 pages
date   initials   No.

    VS.

Case No. 3:20-CV-01366-JAM

Commissioner Rollin Cook,
District Administrator Scott Erfe,
Warden Allison Black,
Deputy Warden Denise Walker,
Captain Linen,
Lieutenant Lewis, and
Lieutenant Hebert,
Sued individually and in their official capacities,
    Defendants.

## Jury Trial Demanded
## Plaintiff's Second Amended Complaint

Plaintiff Luiz A. Casanova, Jr., Pro Se, for his second amended complaint against Department of Corrections State of Connecticut employer of Defendants Commissioner Rollin Cook, District Administrator Scott Erfe, Warden Allison Black, Deputy Warden Denise Walker, Captain Linen, Lieutenant Lewis, and Lieutent Hebert alleges as follows:

## Jurisdiction And Venue

1. Plaintiff brings the action matter of this lawsuit pursuant to 42 U.S.C. Section 1983 to remedy the deprivation, under color of state law, of rights guaranteed by the Eighth and Fourteenth Amendments to the United States Constitution.

2. This court has jurisdiction under 28 U.S.C. Section 1331 and 1343. This court has supplemental jurisdiction over plaintiff's state-law claims pursuant 28 U.S.C. section 1367.

3. Plaintiff's claims for injunctive relief are authorized by Rule 65 of the Federal Rules of Civil Procedure.

4. The appropiate venue properly lies in the District of the State of Connecticut pursuant under 28 U.S.C. Section 1391 because the events or omissions giving rise to this cause of action occurred at New Haven Correctional Center in New Haven, CT.

## Parties

5. Plaintiff Luiz A. Casanova Jr. is and was, at all times relevant hereto this action a prisoner incarcerated in the custody of the State of Connecticut Department of Corrections. At the time of the events relevant hereto, Casanova was and currently is incarcerated at the New Haven Correctional Center.

6. Defendant Rollin Cook was at all relevant times herein the DOC Commissioner, with the responsibility for operating authority and maintaining the New Haven Correctional State Facility under the code of Federal and state law.

7. Defendant Scott Erfe was at the relevant time herein employed as the District Administrator had been aware and had actual knowledge that a substantial risk of serious safety risks, and yet failed to respond reasonably.

8. Defendant Allison Black was at all times relevant to this action the warden at the New Haven Correctional Center and was acting under the color of Federal and State law. By statue the warden is responsible for ensuring the safety and well-being of the prisoners under her supervision. As Warden of the facility, Defendant manages its daily operations and executes its policies.

9. Defendant Denise Walker, Deputy Warden, who at the time of the events described within this complaint was serving as an Acting Warden and was acting under the color of Federal and State law assigned to New Haven Correctional Center.

10. Defendant Captain Linen was at all times a captain of Security at the New Haven Correctional Center. Defendant was also informed of substantial risk while on facility tour with District Administrator Scott Erfe on 12/30/2019.

11. Defendant Lieutenant Lewis was assigned unit commander and manages unit's daily operations. Defendant was also informed of threat to the safety of Plaintiff.

12. Defendant Lieutenant Hebert with the current rank of lieutenant, who at the times relevant was the Correction Officer was assigned unit block officer at and on the date and time of the assult incident. This Correctional officer was never mentioned in report of incident nor did he submit any paperwork as bearing eye witness.

### Previous Lawsuits by Plaintiff

13. Plaintiff has Filed no other federal lawsuits dealing with the same facts involved in this action or otherwise relating.

### Exhaustion of Administrative Remedies

14. Plaintiff sought to exhaust his administrative remedies as required by DOC policy and the PLRA to no avail.

### Statement of Claim

15. At all relevant times herein, Defendants were "persons" for purposes of 42 U.S.C Section 1983 and acted under the color of law to deprive plaintiff of his constitutional rights.

### Statement of Facts

16. Prior to vicious assult and battery attack, assailant Murphy asked and requested unit officers to seperate plaintiff and himself from such close quarters due to Murphy's personal uncomfortability with and towards plaintiff's sexual orientation and gender expression.

17. Lieutenant Lewis, unit Manager allowed inmate Joseph Murphy a detail job duties against Doc policy while he was serving sanctions for a recent disciplinary report, based on the defendant's personal form of rehabilitation.

18. To my Knowledge and recollection on December 27th, 2019, plaintiff was assigned to reside in Foxtrot Left in Cell 6, at the New Haven Correctional Center alone in a single cell.

19. On several occasions prior to the assault on December 30th 2019, both inmate Murphy and plaintiff informed officials of situation between plaintiff and Murphy requested cell transfer change.

20. Plaintiff made correctional officials aware that he feared for his personal health and safety to no avail, complaints were not taken seriously. Even with assailant prisoner, Joseph Murphy's known violent history that officials were well aware of.

21. On December 30th 2019, plaintiff made a verbal request and personally handed written request to defendant Scott Ertz, during his facility tour. Defendant Scott Ertz after talking with plaintiff and reading hand delivered informal inmate request, he handed the request to defendant, Captain Linen who was also on tour with him. No action was taken.

22. On December 30th 2019 assailant, inmate Murphy verbally spoke with unit Manager, lieutenant Lewis about his serious issues with living directly across from plaintiff. Inmate Murphy was encouraged to avoid conflict with plaintiff, no moves were made and requests weren't taken seriously.

23. On December 30th 2019, current lieutenant Hebert was the Fox unit assigned Correctional officer. Inmate Murphy and assigned Correctional officer were in a heated argumentative confrontation due to officer Hebert not allowing inmate Murphy to serve the PM feeding.

24. On December 30th 2019 during or immediately after argument between inmate Murphy and officer Hebert, Inmate J. Murphy brutally attacked and assulted plaintiff in Foxtrot Left Day-room without provocation from plaintiff.

25. Current Lieutenant Hebert, who at the time was the unit block officer was standing present and supervising feeding did absolutely nothing to stop the attack, issued no report, and wasn't included in the incident package.

26. As inmate Murphy attacked plaintiff exchanging several close fist strikes and kicks to the facial and torso area. Inmate Murphy was given several direct orders, from arriving staff to a code blue, to cease his assultive actions, disregarding all verbal directions.

27. Immediately following the assult, plaintiff was taken to the Hospital Unit to receive medical treatment for the injuries he sustained during assult. Plaintiff presented serious significant injuries to his head. Plaintiff presented facial pain, contusion to right eye, visible laceration to bridge of his nose, abrasions and swelled forehead, and a slight chipped tooth.

28. The Biohazard Clean up protocal initiated due to blood spill.

29. Medical Incident Report states that I was seen and the plaintiff was evaluated by APRN Maryellen Z. Silva, which was a false statement. Plaintiff never met with her.

30. Despite the severity of Plaintiff Casanova's injuries and the excruciating pain and suffering as a result of assult, he was only administered motrin and ice after attack. Plaintiff was recommended to remain housed in the infirmary based on the severity of injuries sustained.

31. Plaintiff refused and requested to be housed in the general population because medical care was inadequate and unprofessional. Plaintiff endured severe pain throughout the night and the days following from his injuries. X-Rays were scheduled for next day.

32. On December 31st, 2019 X-Ray images were taken. X-Ray photo reports are readily available as attachment to complaint.

33. Although plaintiff's pain was not alleviated the severity of the injuries sustained were much more visible the following days after assult, no stronger pain medication was administered.

34. Upon information and belief the video footage of this incident was preserved; Labeled NHCC-VP-19-1429, and secured it in the video evidence drop box for administrative review. The video footage of the B and F stairwell for units during the incident was also preserved on disc NHCC-VP-19-1429.

35. On December 30th 2019 at approximately 4:17pm, incident report number NHCC-2019-12-069, handheld video footage depicts the plaintiff being placed in wrist restraints and escorted From Foxtrot unit to the Hospital Unit, to receive medical care and

treatment for injuries sustained during the brutal assult.

36. Upon information and belief the video of the handheld video camera footage and two photographs of plaintiff Casanova were downloaded onto a DVD and secured along with CN6901 chain of custody form, as evidence and assigned with tracking number! NHCC-VP-19-1428. There is a break in video coverage where camera malfunctioned due to memory being full.

37. Duty Officer Warden Allison Black, defendant was notified of the incident at 5:22pm.

38. Plaintiff Casanova waived and declined to pursue and file criminal charges against his assailiant, inmate Murphy, being well aware that he could contact appropiate authorties in the future if he decided to alter his decision.

39. The fact that plaintiff Casanova waived and declined to file criminal charges didn't mean or make the brutal vicious and discriminatory attack any less significant or severe. Plaintiff opted not to press criminal charges in being aware of the amount of prison time Murphy would be facing if convicted of the current criminal charges he is facing against him.

40. Upon belief, assailiant was issued a disciplinary report for "assult" and only was made to serve 7 days of punitive segregation with his extensive ticket and violence history officials, defendants, were all aware of.

41. To my understanding, DOC gives almost all inmate prisoners in DOC custody the option to pursue outside charges when involved in any physical altercation.

42. DOC Administration and custody promoting, encouraging hegemonic conceptions of masculinity espoused by a many heterosexual men, and enabling homophobic behavior which causes animosity and led hate crimes assult and battery to be committed against plaintiff.

43. Following visit and evaluation at the New Haven CC Hospital, plaintiff continued to suffer from migraine headaches, nightmares, dizziness, and general overall pain associated as a result of the attack and injuries sustained.

44. Plaintiff has mental health diagnoses and this assultive incident increased his social anxiety, depression, PTSD, and emotional distress.

45. Prison officials and staff spread rumors disclosing plaintiff's sexual orientation. Plaintiff was moved multiple times within the facility while recovering from aforementioned assult, causing humiliation, fear, anxiety, harm to reputation and more mental and emotional injury.

46. Plaintiff was isolated to single cell status, then placed in a double cell alone based on bias classification system, making him a target of harassment and causing animosity amongst inmates and custody staff.

47. Plaintiff attempted to grieve the discrimination and assult incident in a letter written to, defendant, Commissioner Rollin Cook dated January 3rd, 2020.

48. Defendant, Deputy Warden, Denise Walker responded to one of multiple requests on January 8th, 2020 where she specifically indicated, "Cell moves are not made by inmate requests, but strictly due to facility needs."

49. Letter dated January 10th, 2020, Defendant, Deputy Warden, responded to letter mentioned above in paragraph (47) that was written to Commissioner Rollin Cook by plaintiff on the 3rd day of January, 2020, as "Acting Warden" stating that "NHCC does not maintain a single cell status list" to justify the bias discriminatory classification system to make my claims to appear delirious, untrue, and insignificant.

50. On January 13th, 2020 coincidently both, the plaintiff and inmate Murphy were transferred among different seperate DOC locations. Plaintiff was sent to Hartford CC and his assailant, inmate Murphy, sent to Bridgeport CC facilities.

51. Plaintiff filed a grievance on 01/20/2020, including informal request aforementioned in paragraph 21, returned by the defendant, Captain Linen with no response. The grievance was in reference to the assultive incident, with a "Return without Disposition" made the date of 02/20/2020 for a failure to request action sought in grievance submitted.

52. Plaintiff resubmitted corrected grievance aforementioned in paragraph 51 on 03/11/2020 to meet DOC deadlines in accordance with the DOC Administrative Directive 9.6. I did not receive physical response disposition until 03/10/2020 to the original grievance from paragraph 51.

53. On July 1st, 2020 plaintiff finally receives response to level 1 grievance that was submitted on 03/11/2020. The date of disposition submitted on March 11th, 2020 from paragraph 52 was for the 1st day of June, 2020. Disposition paperwork was not physically delivered and given to plaintiff until an entire month from date of disposition.

54. Level 2 Grievance Review, in attempt to formally exhaust remedies, was completed on July 1st, 2020 because physical response was delivered on that date. DOC Administrative staff attempted to disregard grievance based on dates, that were due to no fault but defendants own.

55. On the date of July 2nd, 2020, plaintiff sent a letter to the currently assigned District Administrator, directly to Angel Quiros in attempt to resolve systematic problems that compromised the handeling of the grievance in the seeking to exhaust DOC Remedies.

56. The DOC classifications system is bias and discriminatory toward people of different orientations and is not legitimate solely for safety and security measures as implied.

## Causes of Action

### Count One: Breach of Duty To Protect

57. Plaintiff incorporates parties listed as defendants, DOC correctional officials exhibited, acted and exercised a deliberate indifference to plaintiff's health and safety by failing to protect him from this brutal physical attack. As officials had been informed and made aware of the threat and risk to plaintiffs health and safety. Defendants failed to take the precautions a reasonable and professional person would have taken when presented with an actual substantial risk even if they did not know specific danger.

58. Defendants received repeated requests, oral and in writing, from both plaintiff and his assailant inmate Murphy due to conflict between them and refused to act upon them. Defendants refused, for no reason, to authorize a cell transfer of either plaintiff or Murphy when the knew of conflicts associated with plaintiff's gender expression.

59. Defendant, Correctional Lieutenant Hebert, who at the time of incident was the designated unit officer during the assult on December 30th 2019. The said defendant exercised deliberate indifference when he became argumentive with Murphy. This defendant was present at the time and place of assultive attack and failed to intervene. Instead, this defendant did not merely acknowledge that he witnessed the attack, he failed to stop the targeted attack immediately despite

Seeing that plaintiff was defenseless in the attack of Murphy and was suffering serious physical injuries. Defendant isn't mentioned anywhere in incident report package.

60. Plaintiff Casanova sustained multiple physical injuries, as further explained in paragraph 27. He has suffered extreme physical, emotional, and mental distress.

61. Plaintiff was subjected to cruel and unusual punishment in violation of his eighth amendment right to the constitution when prison officials were aware and failed to protect him.

62. Plaintiff incorporates paragraphs 1 through 56 as they are and were stated fully here in

Count Two: Disclosure of Sexual orientation Discrimination
63. Due process clause of the fourteenth amendment and the right to privacy confidentially of plaintiff's sexual orientation.

64. Upon attending intake orientation into CTDOC facilities where other inmate prisoners, including plaintiff are required to provide correctional officials with sexual orientation for unnecessary bias classification purposes, not protection.

65. Plaintiff's disclosure of sexual orientation was an 8th amendment violation when correctional officials spread of rumors that plaintiff is gay. While plaintiff being housed in high bond units, isolation alone caused animosity among

inmates causing plaintiff and "similary situated" persons to be targeted, confronted, and threatened with bodily harm and harrassment by other prisoners and officials.

66. The Equal Protection Clause prohibits the government from treating different classes of people differently unless there is a sufficiently legitimate purposes for doing so. US Const. amendment XIV. DOC Classification practices are discrimination based on sexual orientation and on gender expression, while homophobic behavior being promoted.

Count Three: Sex-Stereotyping Discrimination
67. Sex discrimination prohibitory by Title VII of the Civil Rights Act of 1964.

68. Sex-stereotyping claim based on expectations of the guards and officials discriminating toward plaintiff's gender expression with their expected "heterosexim" behaviors of male sex; Where homosexuals and bisexuals are expected to hide and go for a cover of their gay identity in these racial and ethnic environments.

69. Plaintiff's having to experience sexual objectification and being told and encouraged to "walk, talk with more bass in voice, dress and act more masculine comforming to idealisms to male sex idenity. The mindset being that of the hegemonic conceptions of masculinity.

70. DOC officials preconcieved notions portraying cisgender gay and bisexual men as sexually deviant and perverted, being characterized by physical and emotional weakness. Setting these men apart as emotionally ungrounded and feminine.

71. Plaintiff and other "similarly situated" prisoners that are of different orientations having to be referred to in derogatory names, such as "sissy, punk, and faggot" by inmates encouraged by male and female DOC officials in positions of power and authority, based on one who is to be perceived as Transgender, Gay, Bisexual, and/or gender non-confirming.

72. Plaintiff incorporates paragraphs 1 through 71 as they are stated fully herein.

## Prayer For Relief

WHEREFORE, Plaintiff respectfully prays that this Court declare that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States. Plaintiff request an injunction compelling defendants to provide equal treatment and to stop using biased classification methods to isolate and segregate persons of different sexual orientations. This plaintiff prays for just judgement and damages in his favor against all defendants in an amount sufficient to compensate him for the physical pain, mental anguish, discrimination, defamation to reputation, humilation, and emotional distress of the assult, suffered by him due to the deliberate indifference misconduct of the defendants.

Order defendants to pay compensatory, and punitive damage; To pay reasonable attorney fees and costs if applicable; in no event less than $345,000, and any such additional relief as the Court may deem just and proper.

Respectfully Submitted

Luiz A. Casanova Jr. #364365
New Haven Correctional Center
245 Whalley Avenue
New Haven, CT 06511-3254

Pursuant to 28 U.S.C. Section 1746, I declare and verify under penalty of perjury under the laws of the United States of America that foregoing is true and correct.
Dated: October 2nd, 2020

<u>Exhibits As Evidence, By Paragraph of Complaint</u>
<u>Revision of Attachments to Second Amended Complaint</u>

<u>USDC-CT- New Haven</u>

Casanova V. Cook et al.    Case No. 3:20-CV-01366-JAM

Paragraph 21, See Exhibit A
A          Inmate Request Form CN 9601

Paragraph 24, See Exhibits B1, B2, B3
B1         Critical Incident Brief CN 6603
B2         Incident Report CN 6604
B3         Use of Force Report CN 6501

Paragraph 25, See Exhibits B1, B2

Paragraph 26, See Exhibits C1, C2, C3, C4, C5, C6, C7, C8, C9
C1         Incident Report - Supplemental CN 6605
C2         Use of Force Report CN 6501
C3         Incident Report - Supplemental CN 6605
C4         Use of Force Report CN 6501
C5         Incident Report - Supplemental CN 6605
C6         Use of Force Report CN 6501
C7         Incident Report - Supplemental CN 6605
C8         Use of Force Report CN 6501
C9 Shift Commander Overview and Notification Sheet CN6602

Paragraph 27, See Exhibits D1, D2, D3, D4, D5, D6, D7, D8
D1 Shift Commander Overview and Notification sheet CN6602

Revision of Attachments to Second Amended Complaint
Casanova V. Cook et al.    Case No.3:20-CV-01366-JAM
USDC-CT-New Haven

Paragraph 27 Exhibits Continued...
D2      Incident Report - Supplemental CN 6605
D3      Use of Force Report CN 6501
D4      Incident Report - Supplemental CN 6605
D5      Use of Force Report CN 6501
D6      Incident Report - Supplemental CN 6605
D7      Use of Force Report CN 6501
D8      Medical Incident Report CN 6606

Paragraph 28, See Exhibit E
E       Biohazard Clean Up Report

Paragraph 29, See Exhibit D8

Paragraph 32, See Exhibits F1, F2
F1      Certificate of Authenticity
F2      New Haven CC - Imaging Report

Paragraph 34, See Exhibits G1, G2
G1      Physical Evidence Tag and Chain of Custody CN 6901 2
G2      Supervisor Video Recording Review CN 6902

Paragraph 35, See Exhibits D1, H1, H2
H1      Physical Evidence Tag and Chain of Custody CN 6901 2

H2 Supervisor Video Recording Review CN 6902

<u>Revision of Attachments to Second Amended Complaint</u>
<u>Casanova V. Cook et al.</u>    Case No. 3:20-CV-01366-JAM
USDC-CT-New Haven

<u>Paragraph 36,</u> See Exhibits C3, D6, H2, I
I   Photograph Evidence CN 6904

<u>Paragraph 37,</u> See Exhibit B1

<u>Paragraph 38,</u> See Exhibits C3, J
J Inmate Request/Waiver for Criminal Charges... CN6610

<u>Paragraph 40,</u> See Exhibits B2, D1

<u>Paragraph 47,</u> See Exhibit K  3/3 pages
K   Letter to Commissioner R. Cook 01/03/2020

<u>Paragraph 48,</u> See Exhibit L
L     Inmate Request Form CN 9601

<u>Paragraph 49,</u> See Exhibit M
M   Response Letter From Acting Warden D. Walker

<u>Paragraph 51,</u> See Exhibits A, N1, N2
N1    Inmate Administrative Remedy CN9602
N2    Grievance Returned Without Disposition CN 9606

<u>Paragraph 55,</u> See Exhibit O 3/3 pages
O   Letter to District Administrator A. Quiros

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Casanova, Jr. Luiz Antonio | Inmate number: 364365 |

Facility/Unit: **New Haven CCC** — Housing unit: FL-6 — Date: 12/30/19

Submitted to: District Administrator.

Request: I am being discriminated against at this facility and I feel as though my safety is being compromised. I am a openly bisexual masculine man and I expect to be treated equally as the other inmates in this facility. I am not a transgender or feminine in any way. What your staff is doing at this facility is not only wrong, its illegal. The administration is enabling staff and inmates to commit hate crime toward me. I am a level 4 inmate due to my discipline score and am being treated like a high bond criminal. I've written several requests and no action has been taken. X Casanova Jr #364365

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): — Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature: — Date:



Exhibit B1



# Critical Incident Brief
## Connecticut Department of Correction

CN 6603
REV 10/01/18

| ☒ Facility/Unit: **New Haven Correctional Center** | | ☐ Parole Office/Unit: **N/A** | |
|---|---|---|---|

| Date: **12/30/19** | Time: **4:17** ☐ am ☒ pm | Report number: **NHCC-2019-12-069** |
|---|---|---|

| Incident class: ☐ 1 ☒ 2 ☐ 3 | Type: **D** | Incident location: **Foxtrot Left Dayroom** |
|---|---|---|

## Staff involved:

| | Staff Name | Title | | Staff Name | Title |
|---|---|---|---|---|---|
| 1. | ▓▓▓ Norfleet | LT | 7. | Nolan, ▓▓ | C/O |
| 2. | ▓▓ Walker | LT | 8. | Brown, ▓▓ | C/O |
| 3. | ▓▓▓ Matthews | C/O | 9. | Hines, ▓▓ | C/O |
| 4. | ▓▓▓ Bellacicco | C/O | 10. | Corps, ▓▓ | C/O |
| 5. | ▓▓ Zack | C/O | 11. | | |
| 6. | ▓▓ Zamora | C/O | 12. | | |

## Inmate(s) involved

| | Inmate Name: | Inmate Number: | Race | Housing Unit |
|---|---|---|---|---|
| 1. | ▓▓▓▓ | ▓▓▓ | | ▓▓▓ |
| 2. | **Casanova, Luiz** | **#364365** | **H** | **FL-06** |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

## Synopsis:

On 12/30/19 at 4:17pm a Code ▓▓ was called in Foxtrot Left Dayroom by Officer ▓▓▓ Matthews after witnessing Inmate Casanova, Luiz #364365 being assaulted by Inmate Murphy, ▓▓▓ #▓▓. Inmate ▓▓▓ continued his assaultive actions despite several direct orders to cease his actions by responding Officers. He was subsequently stabilized against the wall by staff. Inmate ▓▓▓ was cleared for Restrictive Housing Placement by medical staff. Inmate Casanova was escorted to the Hospital Unit for medical treatment. The following injuries were noted; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Inmate Casanova: Laceration to bridge of nose and superficial abrasions to forehead. Inmate ▓▓▓ was secured in RHU without further incident. Inmate Casanova declined the opportunity to pursue outside charges. Inmate Casanova was rehoused in the Hospital Unit. Inmate ▓▓▓ stated that the fight was due to Inmate Casanova flirting with him. Inmate Casanova refused to state the reason for the assault.

Duty Officer Warden ▓▓▓ Black was notified of the incident at approximately 5:22pm. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Description of staff injuries: ▓▓▓▓▓▓▓▓ | | | |
|---|---|---|---|
| Description of inmate injuries: **Superficial lacerations & abrasions** | | | |
| Use of chemical agent : | ☐ Yes ☒ No | Use of force: | ☒ Yes ☐ No |
| Disciplinary report issued: | ☒ Yes ☐ No | Offense(s): **Assault** | |
| Video/photo secured: | ☒ Yes ☐ No | | |
| Community alert system activated: | ☐ Yes ☒ No | Date/Time: | |
| Description of contraband or weapon(s): **None** | | Date/Time: | |
| Reporting Staff Name (Print): ▓▓▓ Norfleet | | Date: **January 5, 2020** | |
| Staff signature: | | Title: **Lieutenant** | |

Exhibit B2



# Incident Report
## Connecticut Department of Correction

CN 6604
REV 10/01/18

| ☒ Facility/Unit: NHCCC | | ☐ Parole Office/Unit: | | |
|---|---|---|---|---|

| Date: 12/30/2019 | Time: 4:17 ☐ am ☒ pm | Report Number: NHCC-2019-12-069 |
|---|---|---|

Incident Class: ☐ 1 ☒ 2 ☒ 3    Type: A/D    Incident Location: Foxtrot Left Dayroom

| Prepared By: Matthews, ▓▓▓▓ | | | | | Title: Correctional Officer | | | |
|---|---|---|---|---|---|---|---|---|

| | Inmate Name (Last & First) | ID Number | Race | Housing | Status | | Staff Name (Last & First) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ▓▓▓▓ | ▓▓▓ | ▓▓ | ▓▓ | ▓▓ | 1. | Matthews, ▓▓▓ | B | C/O | RPE |
| | | | | | | 2. | Norfleet, | O | Lt. | RS |
| 2. | Casanova, Luis | 364365 | H | FL6 | S | 3. | Walker, | B | Lt. | RS |
| | | | | | | 4. | Zach, | W | C/O | RSE |
| 3. | | | | | | 5. | Zamora, | H | C/O | RSE |
| | | | | | | 6. | Nolan, | W | C/O | RSE |
| 4. | | | | | | 7. | Brown, | W | C/O | RSE |
| | | | | | | 8. | Hines, | O | C/O | RSE |
| 5. | | | | | | 9. | Corgi, | H | C/O | RSE |
| | | | | | | 10. | Goole, | W | CHN | RSE |
| 6. | | | | | | 11. | | | | |
| | | | | | | 12. | | | | |
| 7. | | | | | | 13. | | | | |
| | | | | | | 14. | | | | |

Status Codes: V (Victim), S (Suspect), RPE (Reporting Employee), IW (Inmate Witness), EW (Employee Witness), RSE (Responding Employee), RS (Responding Supervisor)

Race Codes: A (Asian), B (Black), H (Hispanic), N (Native American), W (White), O (Other)

**Narrative:**

On 12/30/2019 I Officer Matthews posted as Foxtrot Unit 2 Officer witnessed inmate ▓▓▓▓ #▓▓▓▓ delivering closed fist strikes and kicks to the face and torso of inmate Casanova, Luis #364365 during feeding process. This Officer proceeded to call a Code ▓▓▓ and instructed surrounding inmates to relocate to the other side of the dayroom to clear way for responding staff. Once adequate staff arrived inmates separated upon verbal commands and inmate Casanova was escorted out of the day room. Inmate ▓▓▓▓ was placed in wrist restraints and secured to the wall. Inmate Casanova at no point in time retaliated or delivered any physical force toward inmate ▓▓▓▓. Inmate ▓▓▓▓ will be issues a Class A DR for assault by this Officer. -EOR

| Reporting Employee Signature: ▓▓▓▓ | | Title: Correctional Officer | | |
|---|---|---|---|---|
| Report Date: 12/30/2019 | | Report Time: 6:00 | ☐ am | ☒ pm |





# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

**Provide responses to all of the following:** *(if necessary, utilize CN6605, Incident Report- Supplemental for further details).*

| | | |
|---|---|---|
| Date of Incident:12/30/2019 | Time of Incident: 4:17PM | Incident Report Number: |
| Inmate Name: ▓▓▓▓ | Inmate Number: ▓▓▓▓ | Location of Incident: Foxtrot Left Dayroom |

**Purpose for using force (Check all that apply):**
☐ To Defend Self/Another    ☒ To Maintain Safety/Security/Order
☐ To Prevent Escape    ☐ Inmate Self Harm    ☐ Other (Describe below in detail)

**Describe in detail purpose of using force:**
Inmate ▓▓▓▓ was stabilized against the wall by responding staff due to the fact that he refused to cease his assaultive actions.

**Nature of Threat: (Check all that apply):**
☒ Immediate (actively happening)    ☐ Imminent (about to happen)    ☐ Anticipated (expected to happen)

**Identify highest level of threat:**

☐ Passive Resistance:
(Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement)

☐ Active Resistance:
(Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer)

☒ Assaultive (non-deadly):
(Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.)

☐ Life Threatening/ Serious Bodily Injury:
(Actions that may result in death or serious bodily injury)

☐ Other (Must describe):

**Describe in detail the nature of the highest threat level:**
Inmate ▓▓▓▓ was stabilized to a wall by Officer Zack

**Efforts made to avoid or minimize use of force (Describe in detail):**
Verbal commands were issued to Inmate ▓▓▓▓ and he refused.

**Force utilized (Check all that apply):**

| | | |
|---|---|---|
| ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
| ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| ☐ Firearm(s) | ☐ Canine | ☐ Other: |

**Describe in detail the progression of force utilized during incident:**
Officer Zack stabilized Inmate ▓▓▓▓ to wall and he was secured in wrist restraints and escorted and secured in FC-6 cell. Inmate Casanova, Luis #364365 was also secured in wrist restraints and escorted out of the unit.

**Describe in detail outcome of use of force:**
Inmate ▓▓▓▓ was secured in FC-06 cell on A.D. Status.

| Name (Print): ▓▓▓ Matthews | Signature: ▓▓▓ | Title: CO | Date of Report: 12/30/19 |
|---|---|---|---|
| Reviewing Supervisor Name: (Print) Nofleet, ▓▓▓ | Signature: | Title: LT | Date of Review: 12.30.19 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|

Exhibit C1



# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: **NHCC-2019-12-069** | | **Page** 1 of 9 |
|---|---|---|
| ☒ Facility/Unit: **New Haven Correctional Center** | ☐ Parole Office/Unit: **N/A** | |
| Date of Incident: **12/30/19** | Time of Incident **4:17** | ☐ am ☒ pm |
| Incident Location: **Foxtrot Left Dayroom** | | |
| Prepared By: ████████ **Norfleet** | Title: **Lieutenant** | |

**Narrative:**

On 12/30/19 at approximately 4:17pm, I Lieutenant Norfleet responded to a Code ███ in Foxtrot Left Dayroom called by Officer ████████ Matthews after witnessing a physical altercation between Inmates ██████ & Inmate Casanova, Luiz #364365. Upon my arrival, I observed Officer ████████ Zack stabilizing Inmate ██████ against the dayroom wall. Inmate Casanova was escorted out of the dayroom by custody staff.

Per my direction, Inmate ██████ was secured with handcuffs by Officer ████████ Bellacicco and escorted by Officer Bellacicco (left side) and Officer ████████ Zack (right side) from the Foxtrot Left Dayroom to the Foxtrot Center Dayroom where he was assessed by Correctional Nurse ████████ Goode. Upon completion of a medical & mental health evaluation, ████████████████████████████ ████████████████ He was cleared for Restrictive Housing placement and escorted from the Dayroom to Foxtrot Center #6 where he was strip-searched by Officer Bellacicco (negative findings). This escort was supervised by this writer and video recorded by Officer ████ Zamora. Inmate ██████ was compliant with all verbal direction during the escort and strip-search. Inmate ██████ was issued a jump suit and a bed roll by the Restrictive Housing Unit officer. The video disc of this escort was labeled NHCC-VP-19-1427 and secured in the video evidence drop box for administrative review.

Inmate Casanova was escorted to the Hospital Unit under the supervision of Lieutenant ████ Walker. He was then treated for a laceration to the bridge of his nose and superficial abrasions to his forehead. Upon completion of the medical evaluation & treatment, he was secured in Hospital cell #2. See Lt. Walker's supplemental report for further details.

████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████ The ████ video footage of this incident was preserved. The ████ was labeled NHCC-VP-19-1429 and secured in the video evidence drop box for administrative review. The Biohazard Clean Up protocol was initiated due to blood spill.

Inmate ██████ stated that the fight was due to Inmate Casanova flirting with him. He further stated that he did not feel that Inmate Casanova was harassing him sexually or physically, but he simply felt that Inmate Casanova was looking at him in a flamboyant way. Both inmates declined the opportunity to pursue outside charges.

Upon completion of the incident, ████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████ The ████ video footage of the B&F Stairwell during the incident was also preserved on disc NHCC-VP-19-1429.

| Reporting Employee Name (Print): ████████ **Norfleet** | | Title: **Lieutenant** |
|---|---|---|
| Signature: ╱ | | |
| Report Date: ~~1/5/20~~ | Report Time: **7:20 PM** | |
| Type of Report: **2D** | ☐ Individual | ☒ Supervisor Summary |


Exhibit C2



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Date of Incident: 12/30/2019 | Time of Incident: 4:17PM | Incident Report Number: NHCC-2019-12-069 |
|---|---|---|

| Inmate Name: ███████ Casanova, Luiz | Inmate Number: ███ 364365 | Location of Incident: Foxtrot Left Dayroom |
|---|---|---|

**Purpose for being force (Check all that apply)**

☐ To Defend Self/Another     ☒ To Maintain Safety/Security/Order
☐ To Prevent Escape     ☐ Inmate Self Harm     ☐ Other (Describe below in detail)

**Describe in detail purpose of using force:**

Inmate ██████████████ was stabilized against the wall by Officer ████████ Zack due to the fact that he refused to cease his assaultive actions after several verbal directions to do so.

**Nature of Threat (Check all that apply)**

☒ Immediate (actively happening)     ☐ Imminent (about to happen)     ☐ Anticipated (expected to happen)

**Identify highest level of threat**

☐ **Passive Resistance:**
(Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement)

☐ **Active Resistance:**
(Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer)

☒ **Assaultive (non-deadly):**
(Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.)

☐ **Life Threatening/ Serious Bodily Injury:**
(Actions that may result in death or serious bodily injury)

☐ Other (Must describe):

**Describe in detail the nature of the highest threat level:**

Inmate ████████ assaultive actions presented a risk of serious injury to Inmate Casanova, Luiz #364365.

**Efforts made to avoid or minimize use of force (Describe in detail):**

Verbal commands were given to Inmate ████████. However, he refused to comply until he was physically separated.

**Force utilized (Check all that apply)**

☒ Cooperative Control Holds     ☐ Nerve Compression(s)     ☒ Mechanical restraints
☐ Personal Weapon(s) Strikes     ☐ Chemical Agent Deployment     ☐ Impact Weapon
☐ Firearm(s)     ☐ Canine     ☐ Other:

**Describe in detail the progression of force utilized during incident:**

Inmate ██████████████ was stabilized against the wall by Officer ████████ Zack due to the fact that he refused to cease his assaultive actions after several verbal directions tol do so. After he was stabilized to the wall. He became compliant. Handcuffs were applied to the wrists of Inmate ████████ in accordance with departmental policy for Restrictive Housing Placements.

**Describe in detail outcome of use of force:**

Inmate ██████ was secured in RHU after compliance was gained.

| Name (Print): ████████ Norfleet | Signature: ⟨signature⟩ | Title: Lieutenant | Date of Report: 12/30/19 |
|---|---|---|---|
| Reviewing Supervisor Name: (Print) ████████ Walker | Signature: ⟨signature⟩ | Title: Lieutenant | Date of Review: 12/30/19 |

| Staff Acknowledgement | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: NHCC-2019-12-069 | **Page** 2 **of** 9 |
|---|---|

☒ Facility/Unit: New Haven Correctional Center     ☐ Parole Office/Unit: N/A

| Date of Incident: December 30, 2019 | Time of Incident : 4:17 | ☐ am ☒ pm |
|---|---|---|

Incident Location: Foxtrot Left Dayroom

| Prepared By: ▓▓▓Walker | Title: Correctional Lieutenant |
|---|---|

On Monday December 30, 2019 at approximately 4:17pm, Correctional Officer ▓▓▓ Matthews announced a "▓▓▓ (assault) in Foxtrot via radio transmission. During the unit feeding, Officer Matthews witnessed inmate ▓▓▓ exchange several closed fist strikes and kicks to the facial and torso area of inmate Casanova, Luiz #364365. I, Lieutenant ▓▓▓Walker (assigned as the 2nd Shift Dorm Supervisor), along with responding staff reported to Foxtrot.

Upon arrival, both aforementioned inmates separated upon verbal direction from custody staff and inmate Casanova was immediately removed from the affected area. I, supervised the escort of inmate Casanova, Luiz #364365. I assigned Correctional Officer ▓▓▓Hines to video record this incident. This Lieutenant directed Correctional Officer ▓▓▓Nolan to apply wrist restraints on inmate Casanova. Correctional Officer ▓▓▓ Nolan secured the right side of inmate Casanova and Correctional Officer ▓▓▓ Brown secured the left side. Inmate Casanova was then escorted from Foxtrot to the Hospital Unit, to receive medical treatment for the injuries he sustained during the assault.

Once in the Hospital Unit, medical staff cleansed all wounds and conducted a medical assessment for the injuries that inmate Casanova sustained. Upon completion of the medical assessment Correctional Head Nurse (CHN) ▓▓▓Goode noted that inmate Casanova vital signs were stable with no sign of abnormalities. However, inmate Casanova sustained bruising to the right eye, a laceration to the bridge of the nose, and superficial abrasions to the forehead. At this time, it was determined by medical staff and this Lieutenant that inmate Casanova remain in the Hospital Unit for further monitoring before being rehoused. Escorting officers Brown and Nolan escorted inmate Casanova to Hospital Cell 2. Upon entering Hospital Cell 2, prior to the removal of wrist restraints, I advised inmate Casanova to comply with all verbal directions given to him by the escorting officers. Correctional Officer Nolan removed the wrist restraints and conducted a routine strip search with the assistance of Officer Brown. While the strip search was being conducted I positioned myself in a manner so that the inmate was no longer in my line of sight due to cross gender protocol. The strip search of inmate Casanova yielded negative findings. Inmate Casanova was issued clean clothing along with undergarments, and secured in the cell.

Inmate Casanova was interviewed at the conclusion of this incident. Although, inmate Casanova refused to give a statement as to why the assault occurred, inmate Casanova alleged that inmate ▓▓▓ assaulted him and at no point did he (inmate Casanova) fight back. Upon further investigation into this incident, it was determined that inmate Casanova was indeed assaulted by inmate ▓▓▓ and never fought back. Therefore, he would not be placed in Restrictive Housing Unit instead he would be housed in Delta Unit (Left Cell 10). Inmate Casanova declined to press outside charges and signed waivers of criminal charges.

The video of this incident (handheld video camera footage) and one photograph of inmate Casanova, were downloaded on to a DVD and secured as evidence along with a CN6901 Chain of Custody Form and assigned Unit Tracking # NHCC-VP-19-1428. It should be noted that there is a break in video coverage (NHCC-VP-19-1428) due to the handheld video recorder memory storage being full. -End of Report-

| Reporting Employee Name (Print): ▓▓▓Walker | Title: Correctional Lieutenant |
|---|---|

| Signature: ▓▓▓ Walker | |
|---|---|

| Report Date: December 31, 2019 | Report Time: 10:29 | ☐ am ☒ pm |
|---|---|---|

| Type of Report: 2D | ☒ Individual | ☐ Supervisor Summary |
|---|---|---|



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: *(If necessary, utilize CN6605, Incident Report- Supplemental, for further details).* | | |
|---|---|---|
| Date of Incident: December 30, 2019 | Time of Incident: 4:17pm | Incident Report Number: NHCC-2019-12-069 |
| Inmate Name: Casanova, Luiz | Inmate Number: 364365 | Location of Incident: Foxtrot Left Dayroom |

| Purpose for using force (Check all that apply): | ☐ To Defend Self/Another | ☒ To Maintain Safety/Security/Order | |
|---|---|---|---|
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) |

| Describe in detail purpose of using force: | A "Code ▓▓▓▓" was called in Foxtrot due to inmate ▓▓▓▓▓▓▓▓▓▓▓▓▓ assaulting inmate Casanova, Luiz #364365; by exchanging closed fists strikes to the facial area of inmate Casanova. Upon arrival inmate Casanova had already been separated from ▓▓▓▓▓▓ |
|---|---|

| Nature of Threat: (Check all that apply) | ☒ Immediate (actively happening) | ☐ Imminent (about to happen) | ☐ Anticipated (expected to happen) |
|---|---|---|---|

| Identify highest level of threat: | ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
|---|---|---|
| | ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury) |
| | ☒ Other (Must describe): Inmate Casanova was compliant to all verbal direction that was given. | |

| Describe in detail the nature of the highest threat level: | Inmate Casanova was compliant during this incident. Due to the use of wrist restraints, a non-routine use of force was created. |
|---|---|

| Efforts made to avoid or minimize use of force (Describe in detail): | Verbal directions were given to inmate Casanova throughout the incident to which he was compliant. |
|---|---|

| Force utilized (Check all that apply): | ☐ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: |

| Describe in detail the progression of force utilized during incident: | • Officer ▓▓▓ Nolan applied wrist restraints on inmate Casanova. <br> • Officer ▓▓▓ Nolan secured inmate Casanova's right side. <br> • Officer ▓▓▓ Brown secured inmate Casanova's left side. <br> • Officers Brown and Nolan escorted inmate Casanova from the Restrictive Housing Unit (Foxtrot) to the Hospital Unit. <br> • Officer Nolan removed wrist restraints once in the Hospital Unit Cell 2. <br> • Officer Nolan and Brown, conducted a routine strip search yielding negative findings. <br> Inmate Casanova was secured in the Hospital Unit Cell 2 without further incident. |
|---|---|

| Describe in detail outcome of use of force: | Inmate Casanova was secured in the Hospital Unit Cell 2. |
|---|---|

| Name (Print) ▓▓▓▓ Walker | Signature: *▓▓▓▓ Walker* | Title: Lieutenant | Date of Report: December 30, 2019 |
|---|---|---|---|
| Reviewing Supervisor Name: ▓▓▓▓ Norfleet (Print) | Signature: | Title: Lieutenant | Date of Review: December 30, 2019 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: NHcc-2019-12-069 | Page 3 of 9 |
|---|---|

☒ Facility/Unit: NHCC | ☐ Parole Office/Unit:

| Date of Incident: 12-30-2019 | Time of Incident : 4:17 | ☐ am ☒ pm |
|---|---|---|

Incident Location: Foxtrot Left Dayroom

| Prepared By: ▇▇ Bellacicco | Title: Correction Officer |
|---|---|

Narrative: On 12-30-2019 at approximately 4:17 P.M. this writer, Officer ▇▇ Bellacicco, responded to a Code ▇▇ (Inmate Fight) called in Foxtrot Left Dayroom. Upon arrival this writer observed inmate Casanova, Luiz #364365 on the ground and inmate ▇▇▇▇▇▇▇▇ standing above him punching inmate Casanova in his facial area with closed fist strikes. Prior to the entrance of the dayroom being opened inmate ▇▇▇ was given several verbal direct orders to cease his assaultive actions. Disregarding all verbal direction inmate ▇▇▇ dragged inmate Casanova across the dayroom floor and began to kick inmate Casanova several times in his head. When the dayroom door was opened allowing for responding staff to enter, inmate ▇▇▇ upper torso and arms were secured by Officer ▇▇ Zack. This writer applied hand cuffs and then secured inmate ▇▇▇ left side while Officer Zack secured inmate ▇▇▇ right side..

Under the direction of Lieutenant ▇▇ Norfleet inmate ▇▇▇ was then escorted into Foxtrot center dayroom. Inmate ▇▇▇ handcuffs were removed by this writer to allow for the placement of his hands in the front of his body and re-secured. This was done to allow for proper treatment and evaluation of minor injuries sustained by inmate ▇▇▇ in the altercation by nurse ▇▇ Goode. Once treated and cleared for restrictive housing placement, inmate ▇▇▇ arms were re-secured by this writer behind his back. Inmate ▇▇▇ was then escorted directly to Foxtrot Center six (6) cell. Inmate ▇▇▇ handcuffs were removed, and a strip search resulting in negative findings was completed by this writer. Inmate ▇▇▇ was issued a red jumpsuit and secured in his cell without further incident.

| Reporting Employee Name (Print): ▇▇ Bellacicco | Title: Correction Officer |
|---|---|

Signature: _[signature]_

| Report Date: 12-30-2019 | Report Time: 7:00 | ☐ am ☒ pm |
|---|---|---|

| Type of Report: 2.0 | ☒ Individual | ☐ Supervisor Summary |
|---|---|---|

 Exhibit C6



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

**Provide responses to all of the following: (If necessary, utilize CN6605, Incident Report- Supplemental, for further details).**

| Date of Incident: 12-30-2019 | Time of Incident: 4:17 P.M. | Incident Report Number: NHCC-2019-12-069 | |
|---|---|---|---|
| Inmate Name: ▓▓▓▓▓ | Inmate Number: ▓▓▓ | | Location of Incident: Foxtrot Left Dayroom |

| **Purpose for using force (Check all that apply):** | ☒ To Defend Self/Another | ☒ To Maintain Safety/Security/Order | |
|---|---|---|---|
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) |

| **Describe in detail purpose of using force:** | Code ▓▓▓ called in Foxtrot Left Dayroom. Inmate ▓▓▓▓▓▓▓▓ was observed punching and kicking inmate Casanova, Luiz #364365 in the head and facial area. Purpose was to cease assaultive behavior to separate and secure involved inmates. |
|---|---|

| **Nature of Threat: (Check all that apply)** | ☒ Immediate (actively happening) | ☐ Imminent (about to happen) | ☐ Anticipated (expected to happen) |
|---|---|---|---|

| **Identify highest level of threat:** | ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☒ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
|---|---|---|
| | ☒ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury) |
| | ☐ Other (Must describe): | |

| **Describe in detail the nature of the highest threat level:** | Inmate ▓▓▓▓▓▓▓▓ was observed punching inmate Casanova with closed fist and kicking inmate Casanova in the head and facial area. |
|---|---|

| **Efforts made to avoid or minimize use of force (Describe in detail):** | Several loud and clear verbal instructions were given by this writer as well as additional responding staff for inmate ▓▓▓▓ to cease his assaultive behavior. Inmate ▓▓▓▓▓▓ upper torso and arms were secured by Officer ▓▓▓▓▓ Zack and handcuffs were applied by this writer. Inmate ▓▓▓▓▓ left side was secured by this writer, and Officer Zack secured inmate ▓▓▓▓▓ right side. |
|---|---|

| **Force utilized (Check all that apply):** | ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: |

| **Describe in detail the progression of force utilized during incident:** | Verbal direction to cease his assaultive behavior was given to inmate ▓▓▓▓ by this writer as well as additional responding staff. Verbal direction was completely ignored and inmate ▓▓▓▓ continued to kick inmate Casanova in his head and facial area. This writer observed Officer Zack secure inmate ▓▓▓▓▓ upper torso and arms and held inmate ▓▓▓▓ against the wall while mechanical restraints were applied by this writer. Once restraints were applied this writer secured inmate ▓▓▓▓ left side while Officer Zack secured inmate ▓▓▓▓▓ right side. Once restraints were applied inmate ▓▓▓▓▓ acknowledged and followed verbal commands. |
|---|---|

| **Describe in detail outcome of use of force:** | Inmate ▓▓▓▓▓ assaultive behavior was stopped allowing for both inmates to be separated. Inmate ▓▓▓ was escorted out of the affected area to allow for medical evaluation and treatment. Inmate ▓▓▓▓▓ was escorted to Foxtrot Center 6 cell where a strip search was completed and he was secured without further incident. |
|---|---|

| Name (Print): ▓▓▓▓ Bellacicco | Signature: _(signed)_ | Title: C/O | Date of Report: 12-30-19 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) ▓▓▓ Nor Plus | Signature: _(signed)_ | Title: LL | Date of Review: 12-30-19 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|

Exhibit C7



# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: NHCC-2019-12-069 | Page 4 of 4 |
|---|---|

| ☒ Facility/Unit: NHCC | ☐ Parole Office/Unit: |
|---|---|

| Date of Incident: 12/30/2019 | Time of Incident : 4:17 | ☐ am ☒ pm |
|---|---|---|

| Incident Location: Foxtrot Left Dayroom |
|---|

| Prepared By:   Zack,▉▉▉▉ | Title:   Correction Officer |
|---|---|

**Narrative:**

On 12/30/2019, at 4:17 p.m. I, Officer Zack, responded to a Code ▉▉▉ in Foxtrot Left Dayroom. Upon arrival in Foxtrot, I, Officer Zack witnessed ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ kicking inmate #364365 Casanova, Luiz in the head. Verbal direction was given by this Officer and responding staff to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ to stop assaulting inmate #364365 Casanova, Luiz. I, Officer Zack, secured ▉▉▉▉▉▉▉▉▉▉▉▉▉ upper torso to the dayroom wall at which time he stopped assaulting inmate #364365, Luiz. Officer Bellacicco secured ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ in wrist restraints. I, Officer Zack secured ▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉ on the right side as Officer Bellacicco secured the inmate on the left side. Inmate #364365 Casanova, Luiz and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ were separated. ▉▉▉▉▉▉▉▉▉▉▉▉ was escorted from the Foxtrot Left Dayroom to the Foxtrot Center Dayroom where he was evaluated and cleared by medical staff for placement in Foxtrot Center #6 Cell. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ was escorted from the Foxtrot Center Dayroom to Foxtrot Center #6 Cell where his wrist restraints were removed by Officer Bellacicco and a routine strip search for segregation placement was conducted by Officer Bellacicco which resulted in negative findings. Under the direction of Lieutenant Norfleet, I, Officer Zack, exited Foxtrot Center #6 Cell without further incident.

| Reporting Employee Name (Print): Zack,▉▉▉▉ | Title: C/O |
|---|---|

| Signature: _(signature)_ |
|---|

| Report Date:   12/30/2019 | Report Time: 8:15 | ☐ am ☒ pm |
|---|---|---|

| Type of Report:   02 | ☒ Individual | ☐ Supervisor Summary |
|---|---|---|



Exhibit C8



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: (If necessary, utilize CN6605, Incident Report- Supplemental, for further details) | | |
|---|---|---|
| Date of Incident: 12/30/2019 | Time of Incident: 4:17 p.m. | Incident Report Number: *NHCc-2019-12-069* |
| Inmate Name: ▓▓▓▓ | Inmate Number: ▓▓▓▓ | Location of Incident: Foxtrot Left Dayroom |

| Purpose for using force (Check all that apply) | ☒ To Defend Self/Another | | ☒ To Maintain Safety/Security/Order |
|---|---|---|---|
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) |

| Describe in detail purpose of using force: | Force was used by this Officer because inmate ▓▓▓▓▓▓ was kicking inmate #364365 Casanova, Luiz in the head. |
|---|---|

| Nature of Threat: (Check all that apply) | ☒ Immediate (actively happening) | ☐ Imminent (about to happen) | ☐ Anticipated (expected to happen) |
|---|---|---|---|

| Identify highest level of threat: | ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
|---|---|---|
| | ☒ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury) |
| | ☐ Other (Must describe): | |

| Describe in detail the nature of the highest threat level: | Upon this Officer's arrival in Foxtrot, Inmate ▓▓▓▓▓▓ was kicking inmate #364365 Casanova, Luiz in the head. |
|---|---|

| Efforts made to avoid or minimize use of force (Describe in detail): | Verbal direction was given by this Officer and responding staff to Inmate ▓▓▓▓▓▓ to stop assaulting inmate #364365 Casanova, Luiz. I, Officer Zack, secured inmate ▓▓▓▓ upper torso to the dayroom wall at which time he stopped assaulting inmate #364365 Casanova, Luiz. Responding staff secured inmate ▓▓▓▓▓▓ in wrist restraints. |
|---|---|

| Force utilized (Check all that apply): | ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: |

| Describe in detail the progression of force utilized during incident: | -Verbal direction was given by this Officer to inmate ▓▓▓▓<br>-Verbal direction was ignored by inmate ▓▓▓▓<br>-This Officer secured inmate ▓▓▓▓▓▓ by the upper torso to the dayroom wall of the Foxtrot Left Dayroom, at which time he released inmate #364365 Casanova, Luiz and responded to all verbal commands given by this Officer. |
|---|---|

| Describe in detail outcome of use of force: | Inmate #364365 Casanova, Luiz and inmate ▓▓▓▓▓▓ were separated. Inmate ▓▓▓▓ ▓▓▓▓▓▓ was escorted from the Foxtrot Left Dayroom to the Foxtrot Center Dayroom where he was evaluated and cleared by medical staff for placement in Foxtrot Center #6 Cell. Inmate ▓▓▓▓▓▓ ▓▓▓▓▓▓ was escorted from the Foxtrot Center Dayroom to Foxtrot Center #6 Cell where a routine strip search for segregation placement was conducted which resulted in negative findings. Under the direction of Lieutenant Norfleet, I, Officer Zack, exited Foxtrot Center #6 Cell without further incident. |
|---|---|

| Name (Print): Zack, ▓▓▓▓ | Signature: *[signature]* | Title: C/O | Date of Report: 12/30/19 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) *Norfleet, ▓▓▓▓* | Signature: *[signature]* | Title: *Lt* | Date of Review: *12-30-19* |

| 'Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|

# Shift Commander Overview and Notification Sheet
## Connecticut Department of Correction

CN 6602
REV 10/01/18

| Report Number: *NHCC-2019-12-069* | | Page | Z | of | 2 |
|---|---|---|---|---|---|

| x — Facility/Unit: *New Haven Correctional Center* | ☐ Parole Office/Unit: *N/A* |
|---|---|

| Date: *12/30/2019* | *4:17* | ☐ am | ☒ pm | Incident Class: | ☐ 1. | ☒ 2. | ☐ 3. | Type: *D* |
|---|---|---|---|---|---|---|---|---|

Incident Location: *Foxtrot Left Dayroom*

| Prepared By: ▓▓▓*Russell* | Title: *Correctional Captain* |
|---|---|

## Follow-Up

| If applicable, was verbal intervention successful? | ☒ Yes | ☐ No | ☐ N/A |
|---|---|---|---|
| Did this incident involve an inmate(s) whose age is between 18-25 year old? | ☐ Yes | ☒ No | ☐ N/A |
| Did this incident involve a potential privacy breach of an inmate(s) protected health information? | ☐ Yes | ☒ No | ☐ N/A |

| Property damage: ☐ yes ☒ no | - Description: *N/A* | | Value $: *N/A* |
|---|---|---|---|
| Contraband recovered: ☐ yes ☒ no | - Description: *N/A* | | |

| Physical force used: ☒ yes ☐ no | Chemical agents used: ☐ yes ☒ no | Restraints used: ☒ yes ☐ no |
|---|---|---|

| Assigned to: | ☒ Administrative Detention | ☐ Medical | ☐ Staggered Observation |
|---|---|---|---|
| | ☐ Protective Custody | ☐ Outside hospital: | |
| | ☐ Other: | | |

## Criminal Prosecution

| If a staff member was assaulted during the incident, is criminal prosecution requested? | ☐ YES | ☒ NO |
|---|---|---|
| Did an inmate request to pursue criminal charges against another inmate? | ☐ YES | ☒ NO |

| Connecticut State Police investigation number: | |
|---|---|

## Administrator Review of Supervisor Summary/Overview

Deputy Warden: Reviewed Code ▓▓ called after Ofr. Matthews witnessed I/m punching and kicking I/m Casenova during feeding in the dayroom. I/m ▓▓▓▓▓ was cleared and processed for RHU pending a class A DR for assault after it was determined that I/m Casenova did not fight back. I/m ▓▓▓▓▓ sustained a laceration to his right hand. I/m Casenova was escorted to medical and treated for a laceration to the bridge of his nose and abrasions to his forehead. I/m Casenova was housed in medical in observation then transferred by medical and reassigned to Delta Block Staggered observation. I/m ▓▓▓▓▓ who was also housed in Delta Block assaulted I/m Casenova because he was looking at him ... I/m ▓▓▓▓▓ is not requesting to pursue criminal charges. I/m ▓▓▓▓▓ placed quiet I/m ▓▓▓▓▓ requesting to pursue criminal charges. I/m Casenova is not requesting to pursue criminal charges. I/m ▓▓▓▓▓'s video footage going up the stairs. Reports were ▓▓ ... in the photos submitted to present. I/m ▓▓▓▓ between I/m staggery and Casenova. Minimum ▓▓▓▓ Matthews assaulted I/m ▓▓▓▓▓ and used restraints for ▓▓▓▓.

| Signature: *McDonald* (signed) | Title: *Deputy Warden* | Date: 1/7/2020 |
|---|---|---|

| Unit Administrator: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
|---|---|---|
| Signature: ▓▓▓ Walsh (signed) | Title: *Warden* (Acting) | Date: 1/10/2020 |

Central Office:

| Signature: | Title: | Date: |
|---|---|---|

# Shift Commander Overview and Notification Sheet
## Connecticut Department of Correction

CN 6602
REV 10/01/18

| Report Number: *NHCC-2019-12-069* | | Page | *)* | of | 2 |
|---|---|---|---|---|---|

| x | Facility/Unit: *New Haven Correctional Center* | ☐ | Parole Office/Unit: *N/A* |
|---|---|---|---|

| Date: *12/30/2019* | *4:17* | ☐ am ☒ pm | Incident Class: | ☐ 1. | ☒ 2. | ☐ 3. | Type: *D* |
|---|---|---|---|---|---|---|---|

Incident Location: *Foxtrot Left Dayroom*

| Prepared By: ▓▓ *Russell* | Title: *Correctional Captain* |
|---|---|

### Overview and Summary (Utilize CN 6604, Incident Report Supplemental for addition information)

*I, Captain ▓▓ Russell, read and reviewed Incident Report package **NHCC-2019-12-069** for accuracy and compliance. All appropriate paperwork was submitted and videos downloaded. Upon review of the attached incident report and enclosed documents, it appears staff acted within the guidelines of AD-6.5, 7.3 (▓▓▓▓) and 9.4 to insure the security of the institution as well as the safety of staff and involved inmates ▓▓▓▓▓▓▓ IM Casanova #364365) were not compromised, with no indications of unnecessary or excessive use-of-force and / or malicious acts documented during the resolution of the event. On 12/30/19, staff responded to Foxtrot due to ▓▓▓▓▓ physically assaulting IM Casanova (Code ▓▓) in the left dayroom. ▓▓▓▓▓ had to be physically stabilized by Officer Zack to a wall due to his non-compliance with staff's direction. ▓▓▓▓▓ was secured in FC-06 cell after being cleared medically ▓▓▓▓▓ ▓▓▓▓ without further incident. IM Casanova was secured, escorted and treated in the Hospital Unit for significant injuries to his head (bruising ℞ eye, laceration to the bridge of nose, superficial abrasions to forehead). IM Casanova was secured in Hosp-2 cell and later re-housed in a different unit. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ pled guilty to the penal code violations (Assault) and received AD through 01/05/2020. ▓▓▓▓▓▓▓▓▓▓▓▓▓ and IM Casanova declined to seek outside charges. ▓▓▓▓▓ alleged the assault was because he felt that IM Casanova was being flamboyant and flirtatious. ▓▓▓▓▓ alleged that he never felt sexually or physical harassed ruling out PREA. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓*
*▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓*

### Notifications

| Duty Officer: *Warden* ▓▓ *Black* | Date: *12/30/2019* | Time: | *10:14* | ☐ am ☒ pm |
|---|---|---|---|---|
| Unit Administrator: | Date: | Time: | | ☐ am ☐ pm |
| District Administrator: | Date: | Time: | | ☐ am ☐ pm |
| Deputy Commissioner: | Date: | Time: | | ☐ am ☐ pm |
| Commissioner: | Date: | Time: | | ☐ am ☐ pm |
| Regional Operating Officer: | Date: | Time: | | ☐ am ☐ pm |
| Central Office: | Date: | Time: | | ☐ am ☐ pm |
| Outside Agency: | Date: | Time: | | ☐ am ☐ pm |
| Police/Fire: | Date: | Time: | | ☐ am ☐ pm |
| Public Information Officer: | Date: | Time: | | ☐ am ☐ pm |
| CISRP Coordinator: | Date: | Time: | | ☐ am ☐ pm |

### Shift Commander Signature

| Supervisor Name (Print): ▓▓ *Russell* | Title: *Correctional Captain* |
|---|---|
| Signature: | Date: *01/06/2020* |

Exhibit D2



# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: NHCC-2019-12-069 | Page 6 of 9 |
|---|---|

| ☒ Facility/Unit: New Haven C.C.C | ☐ Parole Office/Unit: N/A |
|---|---|

| Date of Incident: 12/30/19 | Time of Incident : 4:17 | ☐ am ☒ pm |
|---|---|---|

| Incident Location: Foxtrot Left Dayroom |
|---|

| Prepared By: ███ Nolan | Title: Correctional Officer |
|---|---|

**Narrative:**

On Monday December 30, 2019 at approximately 4:17pm, I, Officer Nolan, responded to a Code ███ in Foxtrot Left Dayroom involving inmates Casanova, Luiz #364365 and ████████████. When this Officer arrived in unit both inmates were separated by responding Correctional Staff. Under the direction of Lieutenant (LT.) Walker, this Officer applied wrist restraints and secured inmate Casanova right side while Officer Brown secured his left side throughout entire escort. Inmate Casanova was escorted to the Hospital Unit examination room (HP4) to be treated by Medical Staff for his injuries to the face area and bleeding from his nose. Once evaluated and cleared by Medical Staff inmate Casanova was escorted to Hospital Cell #2. Under the direction of LT. Walker this Officer removed the wrist restraints and conducting a routine strip search with the assistance of Officer Brown, which resulted in negative findings. Inmate Casanova was issued clean clothing and secured in Hospital Cell #2 without further incident. -EOR-

| Reporting Employee Name (Print): ███ Nolan | Title: Correctional Officer |
|---|---|

| Signature: ███ | | |
|---|---|---|
| Report Date: 12/30/19 | Report Time: 9:30 | ☐ am ☒ pm |

| Type of Report: 2D | ☒ Individual | ☐ Supervisor Summary |
|---|---|---|





# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: (If necessary, utilize CN6605 Incident Report Supplemental, for further details). |

| Date of Incident: 12/30/2019 | Time of Incident: 4:17PM | Incident Report Number: |
| Inmate Name: Casanova, Luiz | Inmate Number: 364365 | Location of Incident: Foxtrot Left Dayroom |

| Purpose for using force (Check all that apply) | ☐ To Defend Self/Another | ☒ To Maintain Safety/Security/Order |
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) |

| Describe in detail purpose of using force: | ▓▓▓▓▓▓▓▓▓▓▓ was stabilized against the wall by responding staff due to the fact that he refused to cease his assaultive actions against Inmate Casanova, Luiz #364365 after several verbal directions were given to do so. |

| Nature of Threat: (Check all that apply) | ☒ Immediate (actively happening) | ☐ Imminent (about to happen) | ☐ Anticipated (expected to happen) |

| Identify highest level of threat: | ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
| | ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury) |
| | ☒ Other (Must describe): Inmate Casanova was compliant with verbal directions. |

| Describe in detail the nature of the highest threat level: | IM Casanova was compliant with verbal direction and showed no threat during the incident. |

| Efforts made to avoid or minimize use of force (Describe in detail): | Verbal directions were given. Mechanical restraints were applied for safety and security. |

| Force utilized (Check all that apply) | ☐ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: |

| Describe in detail the progression of force utilized during incident: | This Officer applied wrist restraints to Inmate Casanova and secured his right side throughout the incident. Inmate Casanova was escorted and treated for injuries he sustained when assaulted, Inmate Casanova was escorted to Hosp-2 cell, strip searched (negative findings), redressed in clean clothing and secured in Hosp-2 cell without further incident. This Officer did not witness nor utilize any force. |

| Describe in detail outcome of use of force: | Inmate Casanova was secured in Hospital Cell #2 without further incident. |

| Name (Print): ▓▓▓ Nolan | Signature: | Title: CO | Date of Report: 12/30/19 |
| Reviewing Supervisor Name: (Print) Norfleet, ▓▓▓ | Signature: | Title: LT | Date of Review: 12/30/19 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |

Exhibit D4


| Report Number: NHCC-2019-12-069 | Page 7 of 9 |
|---|---|

| ☒ Facility/Unit: NHCC | ☐ Parole Office/Unit: |
|---|---|

| Date of Incident: 12/30/2019 | Time of Incident :4:17 | ☐ am ☒ pm |
|---|---|---|

| Incident Location: Foxtrot left dayroom |
|---|

| Prepared By:  Brown, ██████ | Title:  Officer |
|---|---|

Narrative: On 12/30/2019 at 4:17 pm a code ████ was called via radio transmission in Foxtrot left day room. Secondary response was called and I Officer Brown responded to the location of the code. Upon arrival the inmates had been separated already. Inmate Casanova Luiz # 364365 was secured in wrist restraints by other responding officers and I secured the inmates left side for an escort from foxtrot housing unit to medical. Once in medical inmate Casanova was seen and assessed by medical as I kept his left side secured the entire process including the escort to hospital cell two. At this time, I assisted in a strip search of the inmate with negative findings. The inmate was secured in hospital cell two without incident.

| Reporting Employee Name (Print):  Brown, ████ | Title:  Officer |
|---|---|

| Signature: | |
|---|---|

| Report Date:  12/30/2019 | Report Time:5:03 | ☐ am ☒ pm |
|---|---|---|

| Type of Report:  2D | ☒ Individual | ☐ Supervisor Summary |
|---|---|---|


Exhibit D5



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: *(if necessary, utilize CN6605, incident Report Supplemental, for further details).* | | |
|---|---|---|
| Date of Incident: 12/30/2019 | Time of Incident: 4:17PM | Incident Report Number: |
| Inmate Name: Casanova, Luiz | Inmate Number: 364365 | Location of Incident: Foxtrot Left Dayroom |

| Purpose for using force (Check all that apply) | ☐ To Defend Self/Another | ☒ To Maintain Safety/Security/Order | |
|---|---|---|---|
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) |

**Describe in detail purpose of using force:** ████████ was stabilized against the wall by responding staff due to the fact that he refused to cease his assaultive actions against Inmate Casanova, Luiz #364365 after several verbal directions were given to do so.

| Nature of Threat: (Check all that apply) | ☒ Immediate (actively happening) | ☐ Imminent (about to happen) | ☐ Anticipated (expected to happen) |
|---|---|---|---|

**Identify highest level of threat:**

| | |
|---|---|
| ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
| ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily injury: (Actions that may result in death or serious bodily injury) |

☒ Other (Must describe): Inmate Casanova was compliant with verbal directions.

**Describe in detail the nature of the highest threat level:** IM Casanova was compliant with verbal direction and showed no threat during the incident.

**Efforts made to avoid or minimize use of force (Describe in detail):** Mechanical wrist restraints were utilized to keep inmate secure and verbal direction was utilized.

| Force utilized (Check all that apply) | ☐ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: |

**Describe in detail the progression of force utilized during incident:** Inmate Casanova, Luiz #364365 was secured ion wrist restraints by other responding Officers and I secured the inmates left side for an escort from Foxtrot Housing Unit to medical. He was then strip [ searched with negative findings and secured in the hospital unit #2 cell.

**Describe in detail outcome of use of force:** Inmate Casanova was secured in Hospital Cell #2 without further incident.

| Name (Print): Brown, ███ | Signature: | Title: CO | Date of Report: 12/30/19 |
|---|---|---|---|
| Reviewing Supervisor Name: (Print) Norf]out ████ | Signature: | Title: LT | Date of Review: 12-30-19 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: NHCC-2019-12-069 | Page 8 of 9 |
|---|---|

☒ Facility/Unit: New Haven CC   |   ☐ Parole Office/Unit: N/A

| Date of Incident: 12-30-2019 | Time of Incident : 4:17 | ☐ am ☒ pm |
|---|---|---|

Incident Location: Foxtrot Left Dayroom

| Prepared By: Hines, ▆▆▆ | Title: Correction Officer |
|---|---|

Narrative: On December 30, 2019, at approximately 4:17 PM Code ▆▆▆ was called in Foxtrot left dayroom. Upon arrival I C/O Hines signed on as the camera operator per LT Walker for the escort of I/M Casanova Luiz #364365. Under the supervision of Lt Walker, I/M Casanova was escorted to medical where he was further evaluated and treated by medical staff. During this process the camera malfunctioned (memory full) as a result this officer signed on to another camera to record the ongoing incident involving inmate Casanova. Inmate Casanova was then escorted to Hospital Unit cell # 2 where a routine strip search was conducted with negative findings and issued clean clothes. Inmate Casanova was secured in Hospital Cell 2 without incident.

| Reporting Employee Name (Print): Hines, ▆▆▆ | Title: Correction Officer |
|---|---|

Signature: ▆ Hines

| Report Date: 12/30/19 | Report Time: 8:30 | ☐ am ☒ pm |
|---|---|---|

| Type of Report: 2D | ☒ Individual | ☐ Supervisor Summary |
|---|---|---|



Exhibit D7



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

**Provide responses to all of the following: (If necessary, utilize CN 6605 Incident Report Supplemental for further details).**

| | | |
|---|---|---|
| Date of Incident: 12/30/2019 | Time of Incident: 4:17PM | Incident Report Number: |
| Inmate Name: Casanova, Luiz | Inmate Number: 364365 | Location of Incident: Foxtrot Left Dayroom |

| Purpose for using force (Check all that apply) | ☐ To Defend Self/Another | ☒ To Maintain Safety/Security/Order |
|---|---|---|
| | ☐ To Prevent Escape | ☐ Inmate Self Harm  ☐ Other (Describe below in detail) |

**Describe in detail purpose of using force:** ▓▓▓▓▓▓▓▓▓ was stabilized against the wall by responding staff due to the fact that he refused to cease his assaultive actions against Inmate Casanova, Luiz #364365 after several verbal directions were given to do so.

**Nature of Threat: (Check all that apply)** ☒ Immediate (actively happening)   ☐ Imminent (about to happen)   ☐ Anticipated (expected to happen)

**Identify highest level of threat:**

☐ Passive Resistance:
(Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement)

☐ Active Resistance:
(Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer)

☐ Assaultive (non-deadly):
(Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.)

☐ Life Threatening/ Serious Bodily Injury:
(Actions that may result in death or serious bodily injury)

☒ Other (Must describe): Inmate Casanova was compliant with verbal direction from staff to secure in wrist restraints.

**Describe in detail the nature of the highest threat level:** IM Casanova was compliant with verbal direction and showed no threat.

**Efforts made to avoid or minimize use of force (Describe in detail):** Verbal directions were given.

| Force utilized (Check all that apply) | | | | | |
|---|---|---|---|---|---|
| ☐ | Cooperative Control Holds | ☐ | Nerve Compression(s) | ☒ | Mechanical restraints |
| ☐ | Personal Weapon(s) Strikes | ☐ | Chemical Agent Deployment | ☐ | Impact Weapon |
| ☐ | Firearm(s) | ☐ | Canine | ☐ | Other: |

**Describe in detail the progression of force utilized during incident:** This writer witnessed and video recorded Officer Nolan place wrist restraints on inmate Casanova while Officer Brown along with CO Nolan escorted inmate Casanova from Foxtrot to medical where he was treated by medical staff and escorted to Hospital 2 cell. This Officer did not witness or utilize any force.

**Describe in detail outcome of use of force:** Inmate Casanova was secured in Hosptial Cell #2 without further incident.

| | | | |
|---|---|---|---|
| Name (Print): Hines, ▓▓▓▓ | Signature: ▓▓▓▓ *Hines* | Title: CO | Date of Report: 12/30/19 |
| Reviewing Supervisor Name: (Print)  Norfleet ▓▓▓▓ | Signature: ◯ | Title: LT. | Date of Review: 12-30-19 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|

Exhibit D8



# Medical Incident Report
## Connecticut Department of Correction

CN 6606
REV 10/01/18

| | | |
|---|---|---|
| Facility/Unit: New Haven Correctional Center | Report Date: 12/30/2019 | Time: 4:17 ☐ am ☒ pm |

Name of patient: Casanova, Luiz | Inmate Number (if applicable): 364365

Medical staff name: ████ Goode, ████

| | | |
|---|---|---|
| Incident report submitted: ☒ yes ☒ no | Report Number: *NHCC-2019-12-069* | Date: *12-30-19* |

Treatment location: Foxtrot to Hospital Unit

Injury description: Inmate presents with c/o of facial pain secondary to apparent assault by another inmate; visible laceration to bridge of nose and contusion to right eye orbital.

Assessment: Alert and oriented, cooperative, and ambulating under his own power, balance within normal limits, speaking in full sentences, with no loss of consciousness reported; contusion below right eye orbital, 2.5 cm laceration to bridge of nose, and superficial abrasions to forehead noted; bleeding from left nares controlled and clotted with pressure; ocular and laceration assessment completed by APRN Silva with no deficit in vision reported; all teeth intact; neurological checks within normal limits; monitored in medical for 2 hours and returned to general population housing.

Treatment administered: All wounds cleansed with normal saline, cold compress for right eye orbital, and steristrips applied to bridge of nose cleansing of wounds.

Required follow-up: Per protocol and EHR referral.

Observations/remarks: IM is aware of how to access health services in this facility and to report any worsening changes in his medical condition.

**Chemical agent review prior to planned use of force:**
The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents (i.e. history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents).
Known contraindications based on review of health record? ☐ yes ☐ no

Placement after treatment:
☒ Inmate is cleared for General Population Placement      ☐ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is **NOT** cleared for Restrictive Housing Placement      ☐ Other (specify):

| | |
|---|---|
| Patient signature: Luiz Casanova | Date: 12/30/2019 |
| Medical staff signature: ██ Goode, CHN | Date: 12/30/2019 |
| Custody supervisor signature: ██ *Walker* | Date: 12/30/2019 |

Exhibit E

# BIOHAZARD CLEAN UP REPORT

NHCC-2019-12-069

| DATE: | LOCATION OF INCIDENT: | | SHIFT: | TIME OF INCIDENT: |
|---|---|---|---|---|
| 12-30-19 | FoxTrot | | 2ND SHIFT | 415 PM |
| CLEAN UP SUPERVISED BY: | | | TIME STARTED: | TIME COMPLETED: |
| C/O McRae | | | 440 PM | 611 PM |

## SPILL CLEAN UP TEAM

| Inmate Name | Inmate Number | Cell Assignment |
|---|---|---|
| ████████ | ████████ | ████████ |
| | | |
| | | |
| | | |

Description of spill (list items cleaned, type of biohazard, etc.)

Cleaned Left Common Dayroom Hallway And
Cell #12

Was all personal protective equipment properly used?  (Yes)  No    Comment:

Were there any exposures to team members during clean up?  Yes  (No)
(if yes, medical must be notified immediately)

Revised 8/1/02     ☐ White Copy: Shift Commander     ☐ Yellow Copy: Payroll     ☐ Pink copy: Safety Office

Signature of clean up supervisor: _____

Exhibit F1

Connecticut Department of Corrections
Health Services Unit

# CERTIFICATE OF AUTHENTICITY

I hereby certify that the documents attached hereto are true copies of the Protected Health
Record/Information requested on the following individual:

Casanova Luiz

**Inmate Name**

364365

**Inmate Number**

Trudy T mro II

**Print Staff Name, Title**

_(signature)_

**Signature**

New Haven CC

**Facility**

8/14/2020

**Date**

3000

**CONFIDENTIAL INFORMATION**

"The confidentiality of this record is required under Chapter 899 of the Connecticut General
Statues. This material shall not be transmitted to anyone without written consent or other
authorization as provided in the aforementioned statutes."

Original Certificate to be sent with copied protected Health record/Information
Copy to be filed in Correspondence Section of the Health Record

HR918 Rev. 06/05

**LUIZ CASANOVA   INMATE ID #: 00364365   33 Years Old**
**DOB: 05/10/1987 Race: Unspecified   Gender: Male**
**LOC: 122 A C01   Med Score: 3 Sub Score: L....   MH Score: 3 Sub Score: ....**

**12/31/2019 - Imaging Report: XR ORBITS 4+ VW**
**Provider: Maryellen Z Silva APRN**
**Location of Care: State of Connecticut Department of Correction**

```
Patient: LUIZ  CASANOVA
ID: UCHCRAD 00364365
Note: All result statuses are Final unless otherwise noted.

Tests: (1) XR ORBITS 4+ VW (IMG15)
   EXAM: ORBIT RADIOGRAPHS

   INDICATION: Assault yesterday. Incarcerated patient, noncooperative, not
tolerating the final SMV view.

   TECHNIQUE: Orbital radiographs. 4 views.

   COMPARISON: None available.

   FINDINGS: Hypoplastic right frontal sinus. Maxillary sinuses appear
symmetric and clear.

   Subtle flattening of the nasal bones which may represent subtle fracture. No
apparent overlying soft tissue swelling.

   IMPRESSION:
   Subtle flattening of the nasal bones which may represent subtly impacted
fracture.

   No additional fractures are seen.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 12/31/2019 10:40 AM
```

```
(1) Order result status: Final
Collection or observation date-time: 12/31/2019 10:27
Requested date-time:
Receipt date-time:
Reported date-time: 12/31/2019 10:36
Referring Physician:
Ordering Physician: Maryellen Silva APRN (SILVAMA)
Specimen Source:
Source: UCHCRAD
Filler Order Number: 539461-1
Lab site: 20191231103646
```

**Electronically signed by Maryellen Z Silva APRN on 12/31/2019 at 11:07 AM**

Exhibits G1



# Contraband/Physical Evidence Tag
# and Chain of Custody
## Connecticut Department of Correction

CN 6901 1/2
REV
06/28/17



| ☒ Facility/Unit: **New Haven Correctional Center** | ☐ Parole Office: |
|---|---|
| Unit Tracking Number: **NHCC-VP-19-1429** | Incident Report Number: **NHCC-2019-12-069** |

### Classification of Physical Evidence

| | | |
|---|---|---|
| ☐ Weapon | ☐ Drug/drug paraphernalia | ☐ Alcohol (commercial or homemade) |
| ☐ Clothing | ☐ Cellular/Digital Device | ☐ Miscellaneous property |

☒ Written record, video tape/disc, digital image, photograph or audio recording

☐ Appliance (e.g., television, radio, stereo, recorder, etc.)

☐ Currency (money or other commodity of exchange)

☐ Staff Contraband

☐ Other (describe)

### Evidence to be preserved for possible action as follows:

| ☒ Administrative | ☐ Criminal |
|---|---|

Brief description of item or substance and any identifying mark(s):

**Preservation of ████ System Recording of Foxtrot Left Corridor and the B & F Stairwell between the hours of 3:17pm – 5:17pm on 12/30/19**

Location found/confiscated:

| By (staff name): **Lt. ████ Norfleet** | Date: **12/30/19** | Time: **11:00 PM** |
|---|---|---|

| From (inmate name): ████ **& Casanova, Luiz** | Inmate number: ████ **& 364365** |
|---|---|

### Chain of custody - physical evidence (signature required)

| Staff from: **Lt.████Norfleet** | Date: **12/30/19** | Time: **11:00 PM** |
|---|---|---|
| Staff to: **Video Evidence Safe** | Date: **12/30/19** | Time: **11:55 PM** |

| Reason: **Evidence Preservation** | Disposition: **Video Evidence Safe** |
|---|---|

| Staff from: | Date: | Time: ☐AM ☐PM |
|---|---|---|
| Staff to: | Date: | Time: ☐AM ☐PM |

| Reason: | Disposition: |
|---|---|

| Staff from: | Date: | Time: ☐AM ☐PM |
|---|---|---|
| Staff to: | Date: | Time: ☐AM ☐PM |

| Reason: | Disposition: |
|---|---|

Continue on page 2 for additional entries



# Supervisor Video Recording Review
## Connecticut Department of Correction

CN 6902
REV 1/03/17

| Facility/Unit: **New Haven Correctional Center** | Date: **12/30/2019** |
|---|---|

Event recorded: ▆▆▆ video footage of Foxtrot Left Dayroom & B & F Stairwell during the below referenced incident

| Unit Tracking Number: **NHCC-VP-19-1429** | Incident Report Number: **NHCC-2019-12-069** |
|---|---|

Media type:  ☐ Videotape   ☐ Compact Disc   ☒ DVD   ☐ Other

| Inmate name(s): | Inmate number(s): |
|---|---|
| ▆▆▆▆▆▆▆ | ▆▆▆▆ |
| **Casanova, Luiz** | **#364365** |
|  |  |

Comments: **NONE**

### Before Action Procedures

| Sign-on procedure: | ☐ Yes | ☒ No | Camera Operator: ▆▆▆ |
|---|---|---|---|
| Supervisor's prelude: | ☐ Yes | ☒ No | Supervisor: **Lt.** ▆▆▆▆ **Norfleet** |
| Cell extraction team introduction: | ☐ Yes | ☒ No |  |

### Quality of Video Coverage

| Is event in focus? | ☒ Yes | ☐ No |
|---|---|---|

Obstructions or breaks in video coverage (explain):

### After Action Procedures

| Supervisor's epilogue: | ☐ Yes | ☒ No |
|---|---|---|
| Sign-off procedure: | ☐ Yes | ☒ No |
| Video labeling: | ☒ Yes | ☐ No |
| Chain of custody completed? | ☒ Yes | ☐ No |

All deficiencies shall be documented in the summary portion of the incident report package, to include resolution and recommendations.

Additional Comments:

| Reviewed by: **Norfleet** | Title: **Lieutenant** | Date: **12/30/2019** |
|---|---|---|

*Exhibit H1*



# Contraband/Physical Evidence Tag
## and Chain of Custody
### Connecticut Department of Correction

CN 6901 1/2
REV
06/28/17

| ☒ Facility/Unit: NHCCC | ☐ Parole Office: N/A |
|---|---|

Unit Tracking Number: NHCC-VP-19-1428    Incident Report Number: NHCC-2019-12-0169

### Classification of Physical Evidence

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Weapon | ☐ | Drug/drug paraphernalia | ☐ | Alcohol (commercial or homemade) |
| ☐ | Clothing | ☐ | Cellular/Digital Device | ☐ | Miscellaneous property |

☒ Written record, video tape/disc, digital image, photograph or audio recording
☐ Appliance (e.g., television, radio, stereo, recorder, etc.)
☐ Currency (money or other commodity of exchange)
☐ Staff Contraband
☐ Other (describe)

### Evidence to be preserved for possible action as follows:

| ☒ Administrative | ☐ Criminal |
|---|---|

Brief description of item or substance and any identifying mark(s): On 12/30/19 a Code ▓▓ was called in Foxtrot Left Dayroom involving inmate Casanova, Luiz #364365 and inmate ▓▓▓▓▓▓▓▓▓▓▓. A video recording of inmate Casanova, Luiz #364365 being escorted from Foxtrot to the Medical Unit where he was treated and escorted to the Hospital Unit Cell 2.

Location found/confiscated: Foxtrot Left Dayroom

| By (staff name): C/O ▓▓▓ Hines ▓▓ | Date: 12/30/19 | Time: 4:17 ☐AM ☒PM |
|---|---|---|

| From (inmate name): Casanova, Luiz | Inmate number: 364365 |
|---|---|

### Chain of custody - physical evidence (signature required)

| Staff from: C/O ▓▓▓ Hines ▓▓ | Date: 12/30/19 | Time: 5:00 ☐AM ☒PM |
|---|---|---|
| Staff to: LT. Walker ▓▓▓▓ *Walker* | Date: 12/30/19 | Time: 5:02 ☐AM ☒PM |

| Reason: Evidence | Disposition: Pending Review |
|---|---|

| Staff from: Lieutenant ▓▓▓ Walker ▓▓ *Walker* | Date: 12/30/19 | Time: 5:50 ☐AM ☒PM |
|---|---|---|
| Staff to: Video Storage Safe | Date: 12/30/19 | Time: 5:54 ☐AM ☒PM |

| Reason: Evidence | Disposition: Pending Review |
|---|---|

| Staff from: | Date: | Time: ☐AM ☐PM |
|---|---|---|
| Staff to: | Date: | Time: ☐AM ☐PM |

| Reason: | Disposition: |
|---|---|

### Continue on page 2 for additional entries

Exhibit H2



# Supervisor Video Recording Review
## Connecticut Department of Correction

CN 6902
REV 1/03/17

| Facility/Unit: New Haven Correctional Center | Date: December 30, 2019 |
|---|---|

Event recorded: A "Code▮▮▮▮" (assault) in Foxtrot Left Dayroom involving inmate Casanova, Luiz #364365.

| Unit Tracking Number: NHCC-VP-19-1428 | Incident Report Number: NHCC-2019-12-069 |
|---|---|

Media type:  ☐ Videotape  ☐ Compact Disc  ☒ DVD  ☐ Other

| Inmate name(s): | Inmate number(s): |
|---|---|
| Casanova, Luiz | 364365 |
|  |  |
|  |  |
|  |  |

Comments: **On December 30, 2019 at approximately 4:17pm handheld video footage depicts the above stated inmate was placed in wrist restraints and escorted from Foxtrot to the Hospital Unit. The above inmate was secured in the Hospital Unit Cell 2. (1) DVD and (1) photograph.**

## Before Action Procedures

| Sign-on procedure: | ☒ Yes | ☐ No | Camera Operator: Correctional Officer ▮▮▮▮ Hines |
|---|---|---|---|
| Supervisor's prelude: | ☒ Yes | ☐ No | Supervisor: Lieutenant ▮▮▮▮Walker |
| Cell extraction team introduction: | ☐ Yes | ☒ No | |

## Quality of Video Coverage

| Is event in focus? | ☒ Yes | ☐ No |
|---|---|---|

Obstructions or breaks in video coverage (explain): There is a break in the video coverage due to a video camera malfunction during the medical assessment of inmate Casanova (time stamp 11:20). Upon notice of the video camera malfunction Correctional Officer▮▮▮▮ Hines signed on to another handheld video camera.

## After Action Procedures

| Supervisor's epilogue: | ☒ Yes | ☐ No |
|---|---|---|
| Sign-off procedure: | ☒ Yes | ☐ No |
| Video labeling: | ☒ Yes | ☐ No |
| Chain of custody completed? | ☒ Yes | ☐ No |

*All deficiencies shall be documented in the summary portion of the incident report package, to include resolution and recommendations.*

Additional Comments: None.

| Reviewed by: ▮▮▮▮ Norfleet | Title: Lieutenant | Date: December 30, 2019 |
|---|---|---|

Exhibit I



# Photograph Evidence
## Connecticut Department of Correction

CN 6904
REV 01/03/17



| ☒ Facility/Unit: New Haven Correctional Center | ☐ Parole Office: N/A |
|---|---|
| Incident Report Number (if applicable): NHCC-2019-12-069 | Photo Number: <br> 1 Of 2 |
| Inmate Name: Casanova, Luiz | Inmate Number: 364365 |

Staff member taking photograph: Correctional Officer ███ Hines

Brief Description of the photograph: Photograph of inmate Casanova, Luiz #364365 depicting no injuries as a result of restraint placement.

| INSERT one (1) Photograph below: |
|---|



| Supervisor Name: ███ Walker | Date: December 30, 2019 |
|---|---|
| Supervisor Signature: ███ Walker | |

Exhibit J



# Inmate Request/Waiver for Criminal Charges against another Inmate

**Connecticut Department of Correction**

CN 6610
REV 10/01/18

| Report Number: **NHCC-2019-12-069** | | **Page** 1 **of** 1 | |
|---|---|---|---|
| ☒ Facility/Unit: **New Haven Correctional Center** | | ☐ Parole Office/Unit: **N/A** | |
| Date of Incident: **12/30/19** | Location of Incident: **Foxtrot Unit** | Time of Incident: **4:17** | ☐ am ☒ pm |

| | Inmate Name (if necessary, utilize additional CN 6610 for additional entries): | Inmate Number(s): |
|---|---|---|
| **Inmate questioned:** | 1. **Casanova, Luiz** | **#364365** |
| **Inmate(s) Involved:** | 2. [redacted] | [redacted] |
| | 3. | |
| | 4. | |
| | 5. | |

**Inmate Advisement**

1. I understand that I am signing this waiver without duress, threat or promise.
2. I understand that if I request for criminal charges to be pursued against another inmate, the Connecticut Department of Correction's obligation is to only provide notification to an law enforcement agency that this request was made.
3. The Connecticut Department of Correction has no legal requirement to follow up with any request to pursue or obtain any information for these request criminal charges. It is the requesting inmate(s) responsibility to communicate in writing to the law enforcement agency that the incident was reported too.
4. Inmates who request to pursue criminal charges against another inmate shall not be permitted to make telephone calls to the law enforcement agency notified of the incident.
5. I also understand that, if in the future, if I decide to alter my decision to a previously declined request for criminal charges be filed pertaining to this specific incident, that I must contact the appropriate authorities myself.

| **Inmate Selection:** | ☒ | I do hereby ***decline*** to file criminal charges against the above mention inmate(s) involved in the incident which occurred on the date of this form. |
|---|---|---|
| | ☐ | I do hereby ***request*** to file criminal charges against the above mentioned inmates(s) involved in the incident which occurred on the date of this form. |

| **If Criminal charges requested, Contacted Agency:** | Agency Notified: | Time of Notification: | ☐ am ☐ pm |
|---|---|---|---|
| | Name/Title of Recipient of Notification: | | |

| Inmate Signature: Casanova | Date: **December 30, 2019** |
|---|---|
| Staff Witness: Steeley | Date: **December 30, 2019** |
| Shift Supervisor: Lt. Norflat | Date: **December 30, 2019** |

Mr. Luiz A. Casanova, Jr. #364365
New Haven Correctional Center
245 Whalley Avenue
New Haven, CT 06511-3254

January 3, 2020

Commissioner R. Cook
24 Wolcott Hill Road
Wethersfield, CT 06109

RECEIVED #50318

JAN - 6 2020

COMMISSIONER
DEPT. OF CORRECTION

Dear Mr. Cook,

   I hope that you are well and in the best of health and spirits upon receipt of this letter. I am currently incarcerated at New Haven Correctional Center. I have NOT been treated equally since arriving at this facility by the administration and other staff. I have submitted several request forms to the appropriate administration and other staff members that have not been responded to or acknowledged in regard to my issues. I have been discriminated due to my sexual orientation and gender expression; the fact that I am bisexual does not take away from me being a man. I have been isolated, disrespected, and treated like a high bond inmate and placed on single cell status. This facility is promoting homophobic behavior, which is enabling homophobic staff and inmates to get away with hate crimes by bashing and isolating me. These officers are supposed to correct poor behavior so that the inmates can cope and respect people equally in the community and today's society. This discrimination caused me to be assulted by another inmate on 12/30/19 for no reason at all. This is by far the absolute worst facility that I've been at; there is no structure; the staff and administration seem to only respect

and acknowledge violence. Discrimination is illegal and should not be tolerated, let alone, promoted in a "correctional facility." Should we start a gang?

I have a mere 15,000 bond and was told by the operations second shift officer Nolan that I could NOT be housed in a dorm or in a double cell due to the fact that I am an overall level 4 inmate, although this is a level 4 facility. There are other level 4 inmates who have cellmates, a persons sexual orientation should not determine whether they should or should not have a cellmate. According to the staff that work in operations and administration here it does. Granted, there are some inmates who don't feel comfortable living with certain people for religious reasons or personal reasons. When these issues arise is when housing changes should be adjusted for safety and security reasons. It is perfectly understandable to have transgender inmates on single cell status. There is a huge difference between a gay/bisexual man and a transgender.

I personally do better with my time when I have a cell mate, whoever a person may have had an issue with living with me at other facilities, the issue was immediately addressed for the most part. I haven't really had any issues with any of my previous cell mates. It also shows these other men that we are men too and we are not sex objects

that are interested with having sex with anything that are a penis. Its not right that this is what is being indirectly and directly shown and taught by correction officers. I do not promote or advertise myself that way and this kind of treatment can take a negative effect on a person mentally.

It appears that both custody and medical, male and female staff are promoting homophobic behavior. The worst part is that these staff members in position of power actually find these hate crime to be amusing. This is clearly a form of discrimination and should be addressed. We are not being taken seriously because people are being taught to hate what they don't understand.

I have submitted multiple request forms requesting to be transferred to Hartford CC, a facility that has much more structure and both the medical and custody staff are professional. I've tried writing to the Warden after following the chain of command. I may be able to iterate remaining at this facility if my issues and concerns are addressed.

I would like to be placed in a dorm or in a double cell with a cellmate and treated equally.

I feel like I have been violated, disrespected and discriminated against at this facility and my safety has been compromised. I greatly appreciate your time, help and understanding in this matter. Thank-You.

Jon Maurer #316365

Exhibit K 3/3

Exhibit 2



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Casanova, Jr. Luiz Antonio | Inmate number: 364365 |
|---|---|

| Facility/Unit: **New Haven CCC** | Housing unit: FL-6 | Date: 12/29/2019 |
|---|---|---|

Submitted to: Deputy Warden Walker

Request: On 12/23/19 while on administrative detention in RHU inmate Correa #351915 was placed in my cell. He was then moved suposedly due to the fact that he is a high bond inmate. I had been on the same block with inmate Correa prior to us going to RHU, so I felt comfortable living with him and so did he. They now have inmate Correa housed with a level 3 inmate who is NOT a high bond inmate. I was told that he was moved to prevent a law suit. I am being discriminated against and being treated like a high bond criminal. L Casanova Jr

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

| Acted on by (print name): D. WALKER | Title: D/W |
|---|---|

Action taken and/or response: Cell moves are not made by inmate Request, but strictly due to facility needs!

*continue on back if necessary*

| Staff signature: D.M. Walker | Date: 1/8/2020 |
|---|---|



# STATE OF CONNECTICUT

New Haven Correctional Center
245 Whalley Avenue
New Haven, CT 06511



Denise Walker, Acting Warden

Main Telephone #: 203-974-4100

Inmate Luiz Casanova #364365
245 Whalley Avenue
New Haven, CT. 06511

January 10, 2019

Dear Inmate Casanova:

I am responding to your letter sent to Commissioner Rollin Cook dated January 3, 2020, regarding your allegation that you have been discriminated against due to your sexual orientation and gender expression and that the alleged discrimination caused you to be assaulted by another inmate on December 30, 2019. You also allege that the New Haven Correctional Center (NHCC) promotes homophobic behavior and allows inmates to "get away with hate crimes." You also claimed you are isolated on single cell status.

Your purport that you submitted several inmate request forms (IRF) to the administration and other staff members that have not been responded to or acknowledged is unsubstantiated. You spoke to Lieutenant Champion, who obtained an inmate statement written by you which read, "I feel safer being housed in a double cell with another inmate so that I don't feel isolated and discriminated against." I spoke to you personally and told you I would respond in writing to your request. The request was dated December 29, 2019. On January 8, 2020, I did respond in writing. I have not received any other requests from you to date.

In your letter you wrote that you were placed on "single cell status." NHCC does not maintain a single cell status list. You are not on "single cell status." You were housed with a cellmate on January 9-10, 2020.

You wrote, "…a person's sexual orientation should not determine whether they should or should not have a cellmate. According to staff that work in operations and administration here, it does." Neither the Department of Correction nor NHCC use sexual orientation to determine whether or not an inmate has a cellmate. The allegations continued when you wrote that staff are promoting homophobic behavior and that staff in positions of power find hate crimes to be amusing. You provided no example or evidence to support your statements. NHCC takes these allegations very seriously and requests that if you do have any evidence to support your allegations that you provide it immediately.

There is mention of the fact that you were assaulted by another inmate on December 30, 2019 and that discrimination caused you to be assaulted, "for no reason at all." You claim "violence discrimination," is promoted at NHCC. The inmate in question acted on his own volition. The DOC and NHCC strive to promote a safe and secure environment for all offenders.

Please be assured that the Department of Correction (DOC) maintains a zero tolerance policy on inmate sexual abuse/ sexual harassment. A copy of Administrative Directive 6.12, Inmate Sexual Abuse/Sexual Harassment Prevention and Intervention has been included for your convenience.

In the future, please utilize the chain of command established at the NHCC. A copy of this correspondence will be kept on file.

Sincerely,


Denise M. Walker, Acting Warden

C:    Commissioner Rollin Cook
      District Administrator Scott Erfe
      Allison Black, Warden
      Jeanette Maldonado, Deputy Warden
      File

Exhibit N1

Inmate name: Casanova, Jr. Luiz Antonio

Inmate number: 364365    Housing: C3-38

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

On December 31, 2019 I was the victim of a brutal assult attack due to my sexual orientation and gender expression. Prior to having had been assulted by this other inmate I had spoken with several officers at the New Haven Correctional Center requesting to be moved into the available double cell. I had submitted multiple requests to be moved off of single cell status because it was unnecessary. Being isolated only brought negative attention my way from both inmates and officers. The requests that I submitted were never replied to. I even spoke with the district administrator the day prior to the incident and was not taken seriously. I was eventually transferred here to Hartford CC by request.

Inmate signature: L Casanova Jr #364365    Date: 01/20/20

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW

Date Received: 1/28/20    IGP #:    T#: 122-035

Disposition: Return W/O Disposition    Date of Disposition: 2/20/20

Reason: See attached CN 9606

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature: McKenzie    Date: 2/20/20

Exhibit N2



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Luis Casanova,Jr | | Inmate number: 364365 |
|---|---|---|

| Facility/Unit: HCC | Housing unit: West 2-42 | Date: 2/20/20 |
|---|---|---|

Return log number: RWD 122-035   Rcvd. 04/01/20 2nd shift

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☐ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☒ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments: Grievance does not contain requested resolution

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator: McKenzie | Date: 2/20/20 |
|---|---|

Mr. Luiz A. Casanova, Jr. # 364365
New Haven Correctional Center
245 Whalley Avenue
New Haven, CT 06511

July 2nd, 2020

District Administrator - Angel Quiros
1153 East Street
South Suffield, CT 06078

Re: Administrative Remedy Grievance Decision Disposition

Dear Mr. Quiros

    I hope that you are in the best of spirits, safe and healthy amidst Coronavirus/Covid-19 pandemic upon receipt of this letter. I understand how busy you must be, but I have been trying to resolve a legitimate complaint in accordance to A.D. 9.6 to no avail.

    I am a hispanic cisgender bisexual man who was the victim of a brutal attack and physically assulted at the New Haven Correctional Center on December 30th, 2019. I was assulted by another inmate due to my sexual orientation and gender expression. I was transferred to Hartford Correctional Center on January 13, 2020.

    On January 20th, 2020 I submitted original grievance regarding this assult that was physically returned to me on March 10th, 2020; With disposition "returned without disposition" dated 02/20/2020. The original CN 9601 Inmate Request form that was submitted with aforementioned grievance was replaced with a carbon copy. Return log number: RWD 122-035 because the requested resolution was not stated. I then resubmitted grievance in compliance with A.D. 9.6 stating requested resolution.

Continued...

Re: Administrative Remedy Grievance Decision Disposition

After physically receiving grievance paperwork on 03/10/20, I immediately resubmitted revised grievance on 03/11/20 to meet time frames. Grievance T#T-20-1950 was stamped "Received March 26, 2020" by Grievance coordinator. According to A.D. 9.6 D(4), the collection of administrative remedy forms is conducted each business day. I was patient, due to changes made by COVID-19 epidemic, I then began inquiring with A.R.C. C.C. Cupe at Hartford CC for response to this grievance. On July 1st 2020 is when I finally received physical level one grievance after being transferred back to New Haven CC, The "Rejected" disposition is dated June 1st 2020. There was never any notice of time limit extention mentioned according to the Inmate Grievance Procedure. Reason for disposition states that the grievance must be filed within 30 days of the occurrence or discovery of the cause of the grievance. The level one reviewer implied that I filed my grievance on March 26, 2020, well beyond the allotted time frame, which is absolutely false. The incident took place on 12/30/19; the original grievance was submitted on 01/20/2020; the revised grievance was submitted on 03/11/2020 because the original was RWOD because requested resolution wasn't stated.

Level 2 Review submitted on 07/01/2020 because physical responce was delivered by Counselor on 07/01/2020. Which will probably be denied due to the appeal having to be submitted within five calendar

Continued...

Re: Administrative Remedy Grievance Decision Disposition
days of receipt of the decision, according to A.D. 9.6 K.
Does that apply to the date the paperwork disposition
was dated? Or the date the paperwork was received?

According to the Grievance Coordinator, my grievance
was received on March 26, 2020; The date of disposition
is June 1st 2020. And grievance physically delivered
to me on July 1st 2020, an entire month from the
date of disposition. The revised grievance clearly and
coherenty states action and resolution that I requested
and suggested to resolve the problem.

I followed the Inmate Grievance procedure to the
best of my ability following A.D. 9.6, Inmate Admin.
Remedies. The Administrative Remedies Coordinator and
reviewer used petty enforcement tactics by their own
means and methods to disregard my grievance complaint.
The incident was a hate crime by definition and it
could have been prevented.

My intent is to call this problem to the attention
of higher level administrative officials; The matter in
itself should not be disregarded due to systemac
problems or compromised due to employees in positions
of power and authority. Included you will find the
resubmitted grievance in accordance with A.D. 9.6
for your review. Coincidentally I was transferred
back to NHCC where the incident took place. I sincerely
hope that you can review, comprehend, and rectify this
dilemma.          Respectfully Submitted Casandra