Casanova v. Cook et. al.

Case No. 3:20-CV-01366-JAM

United States District Court of New Haven, Conn.
<u>Third Amended Complaint</u>

Plaintiff Luiz A Casanova Jr. pro se and in forma pauperis under 42 U.S.C. Section 1983 against several DOC employees who were deliberately indifferent to plaintiff's healt and safety under the 8th amendment. Casanova would like to sue the following defendants in their individual and official capacities:

    Commissioner Rollin Cook, District Administrator Scott Erfe, Warden Allison Black, Deputy Warden Denise Walker, Captin Linen, Lieutenant Lewis, and Lieutenant Hebert; For knowingfully and being aware of "situation" between Mr. Casanova and Mr. Murphy and not using their authorative positions to intervenne. The violated the Plaintiff's rights under the "Equal Protection Clause, and discriminated in violation of Title VII of the Civil Rights Acts of 1964. The facts that give rise to plausible grounds for relief are clearly written in the attachments "incident package" of correctional staff, all except the unit officer Hebert who does not supply an incident report but was the cause of Murphy's agitated state causing a violent rage after argumentive combative conversation with, then, officer Hebert. This is not a case of the rashomon effect, the correctional officers of the law "clearly" stated what they witnessed and what actually transpired. Plaintiff Casanova was brutally beaten at the New Haven Correctional Center being an unsentenced inmate, by an inmate with a violent history with correctional officers, due to his "gender expression and sexual orientation." Prejudice inmate Murphy informed staff before and after incident why he assulted Mr. Casanova without cause.

Pg. 1/5

## Failure To Protect

1) Due to the fact that Plaintiff is Pro Se, without the education and experience of an attorney, and no law library available to him at this facility, he has no available case references and can only state the facts involved in claim of failure to protect.

2) Plaintiff is aware that procedurally, one cannot say what someone knew or should have known. If you were to review the camera, you would have clearly saw the highest level of DOC officials reading and listening to mr. Casanova's complaint and request to be moved away from direct line of vision of inmate Murphy.

3) The video recording surveillance will show the court where the Distric Administrator read the inmate request form and handed it off to Captain Linen to resolve the issue apparently. DOC staff have a habbit of saying some things are above or below their pay rate.

4) Plaintiff's sexual orientation is and was not a question of safety and security concern. The issue was with a bias Administration who did not take the warnings seriously based on Plaintiff's gender expression disposition, causing Plaintiff to be attacked by an aggressive, muscular man atleast twice his size.

5) This physical attack has caused Plaintiff physical, and mental distress; It is not a frivolous claim upon which relief may be granted simply because Plaintiff does not have a lawyer or law degree. The suit is based on the fact that Plaintiff was assulted in a state facility and it could have been prevented.

6) Plaintiff Casanova's second amended complaint attachments provide details and proof from officers of the law, the DOC employees involved in the incident where Plaintiff was assulted.

7) Inmate Murphy specifically told Lieutenant Lewis that he was going to "beat that faggot's ass if you don't move one of us," Lieutenant Lewis, then unit manager, was aware of the situation between Casanova and Murphy.

8) During second shift feeding unit officer Hebert got in a combative argument with inmate Murphy and did not allow inmate Murphy out to serve the food. Inmate Murphy took his frustrations and anger out on Plaintiff in an unexpected rage that administration was forewarned. This officer Hebert, was present during assult but never mentioned in incident report, did not provide statement. The CO's knew of Murphy's violence history with DOC staff. They were also aware that he should not have been serving chow because his tickets had not cleared. Instead of locking him up to cool down, they allowed him to beat me unconscious.

9) There are no video recording devices in the dayrooms of New Haven CC otherwise the court could bear witness to the extent of the assult. There were other inmates present during the assult, who witnessed the attack, none of which I can use to bear witness to the assult due to the way DOC system is structured, fear of being called a "rat."

10) Plaintiff made DOC administration aware that he was subject to serious risk of harm and no action was taken, it was a condition of urgency, one of which caused extreme physical pain.

11) The DOC defendants are known to "respect violence" encourage violence among inmates against each other. So, the subjective state of mind of CO's is equivalent to that of criminal recklessness. The defendant officials had been made aware and provided with the knowledge of the risk based on the DOC discipline classification and PREA classification system; The later of which asks for inmates' sexual orientation.

12) The sole risk at the time in question which was that from inmate Murphy, who was also being given special privilages by Lieutenant Lewis who's responce was "so fuck him up," he, being inmate Murphy didn't have just a typical violence history which may be common with persons in prison, but one of which has caused CO early retirement, a violent history against CO's, which custody staff within DOC at the, New Haven Correctional Center, were well aware.

13) Plaintiff's complaint is one also that would not allow this to happen again to a "similarily situated" prisoner based on gender expression, where one's "kindness is taken for weakness" and plaintiff or victim not taken serious. Does a person have to be beaten to death before taken seriously? ie. Matthew Shepard

14) If similarly situated individuals of sexual orientation are being "protected" by being housed in single cells at the New Haven Correctional Center, Hartford Correctional Center why aren't there units specifically designated to the GBT inmates for safety and security purposes? Why aren't they being housed together? Rather than being housed alone to be stereotyped, by the defendants who train CO's this way.

## Conclusion

Plaintiff Casanova is not an experienced attorney and was unable to consult with one due to most people working remotely from home due to Coronavirus/COVID-19 pandemic. He has provide as much factual evidence as possible and is not aware what more information he needs to prove to the court that, he was and currently, is a ward of the state who was viciously and brutally assulted while in custody of DOC. Not only was he assulted, but DOC officals were aware of threats made by inmate who assulted him. Inmate Murphy also clearly states why he assulted Plaintiff in the incident package, to responding DOC custody staff. Ticket given to inmate Murphy clearly states his reasoning for unprovoked attack of Plaintiff Casanova. It is only right for Mr. Casanova to be granted a settlement with DOC and for this case to be a matter of record for future reference.

Respectfully submitted,

*[signature]*